**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLACK LIVES MATTER DC, et al.
       Plaintiffs,

v.

DONALD J. TRUMP, et al.
       Defendants.

Case No. 1:20-cv-1469

**LCvR 26.1 DISCLOSURE CERTIFICATE**

Certificate required by LCvR 26.1 of the Local Rules for the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Black Lives Matter D.C. (BLMDC), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of BLMDC which have any outstanding securities in the hands of the public.

BLMDC is affiliated with the Black Lives Matter Global Foundation. BLMDC has no other affiliations, does not have a parent company or any subsidiaries, and has neither issued stock nor is publicly held.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                      __/s/ Kaitlin Banner _____

                                                      Kaitlin Banner
                                                      Attorney of Record for Black Lives Matter D.C.