AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| McDonald, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-01469 |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 06/04/2020

*Attorney's signature*

Jon Greenbaum, DC Bar No. 489887
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW 9th Floor
Washington, DC 20005
*Address*

jgreenbaum@lawyerscommittee.org
*E-mail address*

(202) 662-8315
*Telephone number*

(202) 783-0857
*FAX number*