UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.,* | |
| Plaintiffs, | |
| v. | No. 1:20-cv-1469-DLF |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
Tel. (202) 601-4266
aspitzer@acludc.org

June 4, 2020