UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Black Lives Matter D.C., et al.

Plaintiff(s)

Case No.: 1:20-cv-01469-DLF

vs.

Donald J. Trump, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Civil Cover Sheet, Complaint, and First Amended Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/11/2020 at 12:51 PM, I served U.S. Attorney for the District of Columbia c/o Civil Process Clerk at 501 3rd Street, NW, Washington, DC 20001 with the Summons in a Civil Action, Civil Cover Sheet, Complaint, and First Amended Class Action Complaint by serving Reginald Rowan, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Reginald Rowan is described herein as:

Gender: Male   Race/Skin: Black   Age: 50   Weight: 240   Height: 6'4"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

6/15/2020
Executed On

Ambiko Wallace

Client Ref Number: 0091224.00016
Job #: 1578532

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Black Lives Matter D.C. et al., ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> Donald J. Trump et al., ) <br> ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 1:20-cv-1469 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   06/04/2020

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*