### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Black Lives Matter D.C., et al.**

                                       **Plaintiff(s)**

Case No.: 1:20-cv-01469-DLF

vs.

**Donald J. Trump, et al.**

                                       **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action, Civil Cover Sheet, Complaint, and First Amended Class Action Complaint

SERVE TO: Attorney General of the United States of America

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: By mailing the documents listed herein to Attorney General of the United States of America at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 06/11/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2864. Service was signed for on 06/15/2020 by E. Sase, return receipt attached.

I declare under penalty of perjury that this information is true.

6/17/2020
Executed On

Louis Gerrick

Client Ref Number: 0091224.00016
Job #: 1578514

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attorney General
    of the United States of America
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

    9590 9402 5648 9308 4683 42

2. Article Number (Transfer from service label)

    7019 1120 0001 3834 2864

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   JUN 15 2020

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C. et al.,

*Plaintiff(s)*

v.

Donald J. Trump et al.,

*Defendant(s)*

Civil Action No. 1:20-cv-1469

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald J. Trump
President of the United States of America
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 06/04/2020

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*