## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Black Lives Matter D.C., et al.**

**Plaintiff(s)**

**Case No.: 1:20-cv-01469-DLF**

vs.

**Donald J. Trump, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons in a Civil Action, Civil Cover Sheet, Complaint, and First Amended Class Action Complaint

SERVE TO:  Mark Esper, Secretary of Defense of the United States

SERVICE ADDRESS:  1000 Defense Pentagon, Washington, DC 20301-1000

METHOD OF SERVICE:  Per COVID-19 service of process protocol. By mailing the documents listed herein to Mark Esper, Secretary of Defense of the United States at 1000 Defense Pentagon, Washington, DC 20301-1000 on 06/11/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2840. Service was signed for on 06/16/2020, return receipt attached.

I declare under penalty of perjury that this information is true.

6/26/2020
Executed On



Louis Gerrick

Client Ref Number:0091224.00016
Job #: 1578524

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Correspondence Management_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): CMD   C. Date of Delivery: 6/16/2020 |
| 1. Article Addressed to:<br><br>Mark Esper<br>Secretary of Defense of the United States<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5648 9308 4683 35 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1120 0001 3834 2840 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C. et al.,

*Plaintiff(s)*

v.                                     Civil Action No. 1:20-cv-1469

Donald J. Trump et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Esper
Secretary of Defense of the United States
1000 Defense Pentagon
Washington, D.C. 20301-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   06/04/2020                                                /s/ Simone Bledsoe
                                                         *Signature of Clerk or Deputy Clerk*