UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs*,

  v.

DONALD J. TRUMP, et al.

    *Defendants*.

Case No. 1:20-cv-01469-DLF

## [PROPOSED] ORDER

Upon consideration of PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, it is hereby ORDERED that the motion is GRANTED, and the Clerk of Court is directed to docket the proposed amended complaint, attached to Plaintiffs' motion at ECF _____, as Plaintiffs' Second Amended Complaint.

Date: _____

                                                Dabney L. Friedrich
                                                United States District Judge