UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-1469 (DLF) |

**UNITED STATES' MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

By and through undersigned counsel, the Federal Defendants sued in their official capacities (hereafter, the "United States")[1] respectfully move this Court for an extension of time, *i.e.*, until September 17, 2020, to file the United States' response to Plaintiffs' second amended class action complaint in this action, *see* ECF No. 20-2.  The United States has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the extension of time but intend to file a response in connection with Plaintiffs' forthcoming motion for early discovery.[2]  As discussed below, good cause exists for granting this motion.

In addition to naming State and individual-capacity Federal Defendants, Plaintiffs bring the instant class action against the President of the United States, Attorney General, Secretary of

---

[1]   Claims nominally pled against federal officials in their official capacities are actually claims against the United States, *see Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985).

[2]   The Parties had conferred and reached an agreement in principle regarding a briefing schedule for the United States' dispositive motion.  That schedule set Defendants' dispositive motion due by September 17, 2020; Plaintiffs' opposition due by October 27, 2020; and Defendants' reply due by November 25, 2020.  The United States respectfully requests that the Court enter this briefing schedule, notwithstanding Plaintiffs' forthcoming discovery motion (which the United States intends to oppose).

Defense, Acting Chief of the U.S. Park Police, Director of the U.S. Secret Service, Commanding General of the D.C. National Guard, and Director of the Federal Bureau of Prisons, each in their official capacities.  Plaintiffs allege violations of their First and Fourth Amendment rights based on the "use of violence against peaceful demonstrators" who were demonstrating in Lafayette Park on June 1, 2020.  2d Am. Compl. ¶¶ 1-3.

The United States' response to the instant complaint is currently due by August 10, 2019.[3]  The United States anticipates that it will file a dispositive motion for some or all of Plaintiffs' claims in this action.  The United States requires a reasonable amount of additional time to prepare its response to facilitate the coordination of information regarding the events on and about June 1 in Lafayette Park among high-level officials of the Department of Justice and other federal agencies.  Due the number of federal agencies involves in these events (including the Department of Defense), preparation of the United States' response requires a substantial coordination effort from government counsel, especially during an ongoing COVID-19 pandemic where most of the relevant government employees are currently in full telework status.

In addition, undersigned counsel also requires the requested extension to time to accommodate his substantial docket of active cases.  Since his assignment to this and other related matters pending before this Court, undersigned has been responsible for numerous other filings, including an appellate brief, several dispositive motions, discovery matters, and several temporary restraining order ("TRO") hearings.  Also, due the closure of dependent care

---

[3]     The United States notes that the Attorney General, who has been named as a defendant in his individual capacity, was served on or about August 3, 2020.  Accordingly, the Attorney General's individual response to the complaint will be due 60 days from service.  Fed. R. Civ. P. 4.  Undersigned counsel for the United States does not represent the Attorney General in his individual capacity.

facilities due to the ongoing COVID-19 pandemic, undersigned counsel must balance ongoing work commitments in this and many other litigation matters with his dependent care responsibilities.

In light of the above, the United States believes that additional time is necessary to permit undersigned counsel to prepare the United States' response to Plaintiffs' second amended complaint and have the response reviewed by each federal agency subject to this suit, including by officials in the Department of Justice. Accordingly, the United States respectfully requests that the Court extend the deadline for its response to the complaint until September 17, 2020. Further, the United States requests that the Court set a briefing schedule for the United States' dispositive motion that sets Plaintiffs' opposition due by October 27, 2020, and the United States' reply due by November 25, 2020.

A proposed order is attached.

Dated August 4, 2020            Respectfully submitted,

                                MICHAEL R. SHERWIN
                                Acting United States Attorney

                                DANIEL F. VAN HORN, D.C. Bar No. 924092
                                Chief, Civil Division

                                /s/   Christopher C. Hair
                                CHRISTOPHER C. HAIR, PA Bar No. 306656
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 252-2541
                                Christopher.Hair@usdoj.gov

                                *Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

    *Plaintiffs,*

v.

DONALD J. TRUMP, President of the United States of America, *et al.*,

    *Defendants*.

Civil Action No. 20-1469 (DLF)

# [PROPOSED] ORDER

In light of the United States' motion for an extension of time, Plaintiffs' response thereto, and the entire record herein, it is hereby **ORDERED** that the United States shall file its response to Plaintiffs' second amended complaint by September 17, 2020. If the United States files a dispositive motion on that date, Plaintiffs' opposition shall be due by October 27, 2020; and the United States' reply shall be due by November 25, 2020.

**SO ORDERED**.

_____             _____
Date                                                      Dabney L. Friedrich
                                                                  United States District Judge