UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>Defendants. | No. 1:20-cv-01469-DLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion For Leave To Conduct Limited Early Discovery For The Purpose Of Identifying Unnamed Defendant And To Stay Defendants' Response Deadline, and having found good cause in support of the motion, it is hereby ORDERED that the motion is GRANTED.

The Plaintiffs are hereby GRANTED permission to serve on Defendants Barr, Esper, Monahan, Murray, Walker, Carvajal, and Newsham the discovery requests attached as Exhibit A to Plaintiffs' motion. The interrogatories included in these requests shall not count against Plaintiffs' discovery limits in this action under Federal Rule of Civil Procedure 33. For the purposes of this set of discovery, sending a copy of Exhibit A to Defendants' counsel at Christopher.Hair@usdoj.gov by electronic mail shall constitute service on Defendants Barr, Esper, Monahan, Murray, Walker, and Carvajal.

The Plaintiffs are hereby GRANTED permission to serve on third-party Arlington County the Rule 45 subpoena (and attachment) attached as Exhibit B to Plaintiffs' motion, with the date of the subpoena filled in as appropriate and the deposition date to be modified if necessary to ensure that it is no less than 30 days after the filing of this Order.

2

Defendants Barr, Esper, Monahan, Murray, Walker, Carvajal, and Newsham are hereby ORDERED to respond to the discovery requests within 30 days of service.

It is further ORDERED that the Plaintiffs shall have 45 days after the service of Defendants' responses to the discovery requests authorized herein to amend their complaint.

It is further ORDERED that all Defendants shall have 45 days after the service of Plaintiffs' amended complaint authorized herein to respond to that amended complaint.

It is further ORDERED that the United States' Motion For An Extension Of Time (ECF 23) is hereby DENIED AS MOOT.

Date: _____

                                                                               Dabney L. Friedrich
                                                                United States District Judge