**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Black Lives Matter D.C., et al.

                      **Plaintiff**

Case No.: 1:20-cv-01469-DLF

                      *vs.*

Donald J. Trump, et al.

                      **Defendant**

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action; Motion for Leave to Conduct Limited Early Discovery for the Purpose of Identifying Unnamed Defendants and to Stay Defendants' Response Deadline and Response Deadline and Response to United States' Motion for an Extension of Time; Second Amended Class Action Complaint, with Exhibits; and Court's Minute Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/07/2020 at 4:22 PM, I served Peter Newsham, Chief of the Metropolitan Police Department of the District of Columbia with the Summons in a Civil Action; Motion for Leave to Conduct Limited Early Discovery for the Purpose of Identifying Unnamed Defendants and to Stay Defendants' Response Deadline and Response Deadline and Response to United States' Motion for an Extension of Time; Second Amended Class Action Complaint, with Exhibits; and Court's Minute Order at 300 Indiana Avenue, NW, Washington, DC 20001 by serving Amanda Nashed, Legal Assistant for the Metropolitan Police Department , authorized to accept service.

Amanda Nashed is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 150   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

8/11/2020
Executed On

Ambiko Wallace

Client Ref Number:
Job #: 1580174

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Black Lives Matter D.C.; McDonald; Sanders; J.N.C.; Scallan; Bond; Poteet; Foley; and E.X.F.<br><br>*Plaintiff(s)*<br>v.<br>Trump; Barr; Esper; Monahan; Murray; Walker; Carvajal; Newsham; John Does 1-100; John Poes 1-20; John Roes 1-50<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-1469 -DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter Newsham
300 Indiana Ave. NW
Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott Michelman
ACLU Foundation of the District of Columbia
915 15th St NW, Second Floor
Washington DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 08/06/2020

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*