IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACK LIVES MATTER D.C., et al.,** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) Case No: 1:20-cv-01469-DLF |
| **DONALD J. TRUMP, et al.,** | ) ) |
| **Defendants**. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of John B. F. Martin as attorney of record for Attorney General William P. Barr in his individual capacity. Service of all papers regarding Attorney General Barr, in his individual capacity, should be addressed as follows:

    JOHN B. F. MARTIN
    Trial Attorney, Constitutional Torts Staff
    Torts Branch, Civil Division
    U.S. Department of Justice
    Ben Franklin Station, P.O. Box 7146
    Washington, D.C. 20044-7146
    Tel:    (202) 616-4492
    Fax:    (202) 616-4314
    E-mail:    john.b.martin@usdoj.gov

Dated: August 12, 2020                  Respectfully submitted,

                                              ETHAN P. DAVIS
                                              Acting Assistant Attorney General
                                              Civil Division

                                              C. SALVATORE D'ALESSIO, JR.
                                              Acting Director
                                              Torts Branch, Civil Division

*/s/* John B. F. Martin
John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government
Counsel in this Court under Local Rule
83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
T: (202) 616-4492; F: (202) 616-4314
John.b.martin@usdoj.gov

*Attorney for Attorney General William P. Barr in his individual capacity*
