IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACK LIVES MATTER D.C., et al.,** )<br>)<br>**Plaintiffs,** )<br>**v.** )<br>)<br>**DONALD J. TRUMP, et al.,** )<br>)<br>**Defendants**. )<br>) | Case No: 1:20-cv-01469-DLF |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David G. Cutler as attorney of record for Attorney General William P. Barr in his individual capacity. Service of all papers regarding Attorney General Barr, in his individual capacity, should be addressed as follows:

DAVID G. CUTLER
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
Tel:        (202) 616-0674
Fax:        (202) 616-4314
E-mail:     david.g.cutler@usdoj.gov

Dated: August 12, 2020                              Respectfully submitted,

                                                    ETHAN P. DAVIS
                                                    Acting Assistant Attorney General
                                                    Civil Division

                                                    C. SALVATORE D'ALESSIO, JR.
                                                    Acting Director
                                                    Torts Branch, Civil Division

          */s/* David G. Cutler
          David G. Cutler
          Trial Attorney, Constitutional Torts Staff
          Torts Branch, Civil Division
          (Admitted to Practice as Government
          Counsel in this Court under Local Rule
          83.2(e))
          U.S. Department of Justice
          Ben Franklin Station, P.O. Box 7146
          Washington, D.C. 20044-7146
          T: (202) 616-0674; F: (202) 616-4314
          david.g.cutler@usdoj.gov

          *Attorney for Attorney General William P. Barr in his individual capacity*