**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLACK LIVES MATTER D.C., et al.,

     *Plaintiffs*,

  v.

DONALD J. TRUMP,
President of the United States of America, et al.

     *Defendants*.

Case No. 1:20-cv-01469-DLF

**JURY TRIAL DEMANDED**

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Garrett Bond, Dustin Foley, Kishon McDonald, Lia Poteet, Toni Sanders, and Keara Scallan ("Plaintiffs"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 23, hereby move this Court to certify the following two classes of individuals present at Lafayette Square and/or the surrounding area on June 1, 2020 around or shortly after 6:30 p.m.:

> *Injunctive Relief Class:* All individuals present at Lafayette Square, defined here as the area in Washington, D.C. between the north side of the White House and H Street NW and between Madison Place and Jefferson Place NW, or the streets or sidewalks adjacent to or surrounding Lafayette Square (including specifically: H Street NW between 15th and 17th Streets NW, Vermont Avenue between H and I Streets NW, 16th Street between H and I Streets NW, and Connecticut Avenue between H and I Streets NW, including all the intersections of the named streets), on June 1, 2020, at, around, or shortly after 6:30 pm, who may attend or attempt to attend protests at this location in the future.

> *Personal Injury Class:* All individuals present at Lafayette Square, defined here as the area in Washington, D.C. between the north side of the White House and H Street NW and between Madison Place and Jefferson Place NW, or the streets or sidewalks adjacent to or surrounding Lafayette Square (including specifically: H Street NW between 15th and 17th Streets NW, Vermont Avenue between H and I Streets NW, 16th Street between H and I Streets NW, and Connecticut Avenue between H and I Streets NW, including all the intersections of the named streets), on June 1, 2020, at, around, or shortly after 6:30 pm, who incurred any injury, illness, or impairment as the result of Defendants' actions.

Plaintiffs also request that this Court (1) appoint the requested class representatives, *i.e.*, the "Injunctive Class Representatives" (Ms. Sanders, Mr. Bond, Ms. Poteet, and Mr. Foley) and the "Personal Injury Class Representatives" (Ms. Sanders, Mr. McDonald, Mr. Bond, Ms. Scallan, Ms. Poteet, and Mr. Foley); and (2) appoint the undersigned counsel as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

A supporting memorandum of points and authorities is filed herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion. A proposed order is attached.

Dated:  August 20, 2020                                         Respectfully submitted,

/s/ John A. Freedman

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)*
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

*Application to this Court pending*