# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. <br><br> DONALD J. TRUMP, et al., *Defendants*. | Case No. 1:20-cv-01469-DLF |

## JOINT RESPONSE TO THE COURT'S AUGUST 19, 2020 ORDER

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("plaintiffs") and Defendants Donald Trump, Mark Esper, William Walker, Gregory Monahan, William Carvajal, and James Murray, as sued in their official capacities, and defendant William Barr, as sued in his individual and official capacities (collectively, "federal defendants"), and Peter Newsham ("the District defendant"), through counsel, jointly respond to this Court's order dated August 19, 2020.

On August 19, 2020, the Court ordered the parties to file, or object to, a consolidated briefing schedule on motions to dismiss in this case and *Buchanan v. Trump, et al.*, Case No. 1:20-cv-01542. The parties conferred and agree that it would be efficient for the motions to dismiss in both cases to proceed on the same briefing schedule. However, because plaintiffs informed the Defendants during the conferral process that they intend to seek leave to file an amended complaint, the Defendants reserve their right to oppose amendment or to seek modification of the proposed briefing schedule, if necessary.

The parties in this case and *Buchanan* agree that a consolidated briefing schedule for defendants' motions to dismiss is appropriate.[1] They also agree that, absent any amendments to the complaints, the schedule approved by this Court in *Buchanan* (Minute Order dated August 17, 2020) would be appropriate for both cases. Under that order, Defendants' dismissal motions are due by October 1, 2020, plaintiffs' opposition papers are due by November 19, 2020, and defendants' replies are due by December 17, 2020.

However, on August 21, 2020, during conferral, plaintiffs in both cases reported that they intend to amend their respective complaints. Plaintiffs suggested that they would do so on or before September 1, 2020. During conferral, plaintiffs were not yet in a position to provide redlines of the proposed amendments. Although the Defendants may not ultimately oppose the amended pleading, having not seen the proposed amendments, Defendants cannot yet take a position. Similarly, because the Defendants have not yet been provided with the amended complaint, they reserve the right to seek modification of the proposed briefing schedule should the substance of plaintiffs' amendments make that necessary.

Accordingly, we propose that the briefing schedule entered in *Buchanan* on August 17, 2020, be adopted by the Court in this case. We propose that the Court's order also direct plaintiffs to file their motion to amend the complaint no later than September 1, 2020.

The Plaintiffs and Defendants jointly and respectfully request that the Court enter the attached proposed order.

*     *     *

---

[1] The briefing schedule addresses currently named parties only. In the event the pleadings are amended to add other defendants, those new parties (once served) would have the time allotted under the rules to respond to the complaint.

Dated: August 24, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney

DANIEL F. VAN HORN, D.C. Bar#924092
Chief, Civil Division

*/s/ Christopher C. Hair*
Christopher C. Hair, PA Bar #306656
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C. 20530
Tel: (202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendant United States (Donald J. Trump, William Barr, Mark Esper, William Walker, Gregory Monahan and James Murray, in their official capacities)*

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

*/s/* John B. F. Martin
John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

*/s/* David G. Cutler
David G. Cutler
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))

U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov


*Counsel for Attorney General William P. Barr in his individual capacity*

__/s/ Scott Michelman_(by permission)_____
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)

Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

*Attorneys for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Brendan Heath
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
brendan.heath@dc.gov

*Counsel for Defendant Chief Peter Newsham*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br><br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 20cv1469-DLF |

**[PROPOSED] ORDER SETTING DEADLINE FOR AMENDING COMPLAINT**

Upon consideration of the Plaintiffs' and Defendants' Response to the Court's August 19, 2020 Order, and the entire record herein, it is hereby **ORDERED** that any motion to amend the complaint be filed on or before September 1, 2020.

It is further **ORDERED** that:

1. On or before October 1, 2020, all Defendants shall file their Motions to Dismiss Plaintiffs' Complaint;

2. On or before November 19, 2020, Plaintiffs shall file their oppositions to the Motions to Dismiss;

3. On or before December 17, 2020, all Defendants shall reply to Plaintiffs' oppositions.

It is so **ORDERED**.

Dated: _____

                                                                     The Honorable Dabney L. Friedrich
                                                                     United States District Judge

*Attorneys to be notified of the Order's entry*:

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org

agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org


John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com


Christopher C. Hair
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C. 20530
Tel: (202) 252-2541
Christopher.Hair@usdoj.gov

John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov


David G. Cutler
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov

 Brendan Heath
Assistant Attorney General

Equity Section, Public Interest Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
brendan.heath@dc.gov