UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., <br> *Plaintiffs*, <br><br> v. <br><br><br> DONALD J. TRUMP, et al., <br> *Defendants*. | Case No. 20-cv-1469 (DLF) |

### DEFENDANTS' CONSENT MOTION TO STAY
### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Donald Trump, Mark Esper, William Walker, Gregory Monahan, William Carvajal, and James Murray, as sued in their official capacities, and defendant William Barr, as sued in his individual and official capacities, and Peter Newsham (collectively "the D.C. and Federal Defendants" or "Defendants"), through their respective counsel, move the Court for a stay of Plaintiffs' motion for class certification in this action, *see* ECF No. 47.

Per the Court's August 24, 2020, Minute Order, the D.C. and Federal Defendants are due to respond to Plaintiffs' complaint by October 1, 2020. Each defendant anticipates filing a motion to dismiss this action in full. On August 20, 2020, Plaintiffs filed a motion for class certification. If Defendants' motions to dismiss are granted, it would potentially moot or at a minimum narrow the issues pertinent to Plaintiffs' motion for class certification. We therefore believe it is premature for the parties and the Court to expend significant resources litigating this issue before the Court has decided whether there are viable claims for injunctive relief and damages with respect to the named D.C. and Federal Defendants. Moreover, Plaintiffs have communicated their intent to name additional defendants in this action, each of whom would have a right to (and would presumably want to) weigh in on class certification as well.

Accordingly, in the interest of economy, Defendants request that proceedings on Plaintiffs' motion for class certification be stayed until the Court rules on Defendants' respective forthcoming motions to dismiss. *See, e.g., Rosell v. Berryhill*, Civ. A. No. 18-1657 (RC) (Minute Order dated Oct. 24, 2018, extending class certification litigation until after the motion to dismiss stage); *Turnbull v. Colvin*, Civ. A. No. 16-1750 (ABJ) (Minute Order dated July 6, 2017, same).

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs have consented to the requested relief. Defendants propose to respond to Plaintiffs' motion for class certification within 30 days of the Court's ruling on Defendants' motion to dismiss.[1] A proposed order to that effect is filed with this motion.

| | |
|---|---|
| Dated: August 26, 2020 | Respectfully submitted, |
| | MICHAEL R. SHERWIN<br>United States Attorney |
| | DANIEL F. VAN HORN, D.C. Bar#924092<br>Chief, Civil Division |
| | */s/ Christopher C. Hair*<br>Christopher C. Hair, PA Bar #306656<br>Assistant U.S. Attorney<br>District of Columbia<br>555 4th St. NW<br>Washington, D.C. 20530<br>Tel: (202) 252-2541<br>Christopher.Hair@usdoj.gov |
| | *Counsel for Defendant United States (Donald J. Trump, William Barr, Mark Esper, William Walker, Gregory Monahan and James Murray, in their official capacities)* |

---

[1] If necessary, Defendants reserve their right to request an additional extension of time based on other developments pertinent to class certification.

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

/s/ John B. F. Martin
John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in
this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

/s/ David G. Cutler
David G. Cutler
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in
this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov

*Counsel for Attorney General William P. Barr in his individual capacity*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Brendan Heath
BRENDAN HEATH [1619960]

3

Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
brendan.heath@dc.gov

*Counsel for Defendant Chief Peter Newsham*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

    *Defendants*.

Case No. 20-cv-1469 (DLF)

### [PROPOSED] ORDER

Upon consideration of Defendants' consent motion to stay proceedings on Plaintiffs' motion for class certification, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Defendants shall respond to Plaintiffs' motion for class certification within 30 days of the Court's resolution of Defendants' forthcoming motions to dismiss.

It is so **ORDERED**.

Dated: _____      _____

The Honorable Dabney L. Friedrich
United States District Judge