UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs*,

  v.

DONALD J. TRUMP, et al.

    *Defendants*.

Case No. 1:20-cv-01469-DLF

[PROPOSED] **ORDER**

Upon consideration of PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT, it is hereby ORDERED that the motion is GRANTED, and the Clerk of Court is directed to docket the proposed amended complaint, attached to Plaintiffs' motion at ECF _____, as Plaintiffs' Third Amended Complaint.

Date: _____

_____

Dabney L. Friedrich
United States District Judge