UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 20-01469 (DLF) |

### NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Duane Blackman on behalf of Defendant Peter Newsham in the above-captioned matter.

Dated: September 2, 2020.

    Respectfully submitted,

    KARL A. RACINE
    Attorney General for the District of Columbia

    TONI MICHELLE JACKSON
    Deputy Attorney General
    Public Interest Division

    FERNANDO AMARILLAS
    Chief, Equity Section

    */s/ Duane Blackman*

DUANE BLACKMAN*
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 805-7640
(202) 730-1833 (fax)
duane.blackman@dc.gov

---

* Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).