IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> *Defendants*. | No. 1:20-cv-01469-DLF |

[PROPOSED] **ORDER**

Upon consideration of Plaintiffs' Motion to Require Further Identification of Defendants or, in the Alternative, for Issuance of Summonses, it is hereby ORDERED that the motion is GRANTED.

Defendant Monahan is ORDERED to provide to Plaintiffs' counsel within 7 days of this Order the first and last names of the U.S. Park Police officers described in Plaintiffs' Third Amended Complaint as [FIRST NAME UNKNOWN] SEBERLING, HELMET NUMBER A702, HELMET NUMBER A704, HELMET NUMBER A706, HELMET NUMBER B714, HELMET NUMBER C723, HELMET NUMBER S735, ARM PATCH NUMBER JD97, ARM PATCH NUMBER LP71, and ARM PATCH NUMBER SK10.

Defendant Newsham is ORDERED to provide to Plaintiffs' counsel within 7 days of this Order the first and last names of the D.C. Metropolitan Police officers described in Plaintiffs' Third Amended Complaint as [FIRST NAME UNKNOWN] HARGROVE and [FIRST NAME UNKNOWN] TAYLOR.

The Clerk of the Court is RESPECTFULLY DIRECTED to issue summonses, when submitted by Plaintiffs, containing the names provided by Defendants Monahan and Newsham as required by this Order.

Date: _____                                    _____
                                                    Dabney L. Friedrich
                                                    United States District Judge