**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. DONALD J. TRUMP, et al. *Defendants*. | No. 1:20-cv-01469-DLF |

**NOTICE OF FILING**

Late Friday afternoon September 18, after the filing of Plaintiffs' Motion to Require Further Identification of Defendants or, in the Alternative, for Issuance of Summonses, ECF 56, the D.C. Office of the Attorney General informed undersigned counsel that Defendants Timothy Hargrove and Justin Taylor of the Metropolitan Police Department have consented to waive service.

Accordingly, Plaintiffs file a revised proposed order for their motion, which has become moot as to the D.C. defendants but which Plaintiffs continue to pursue as to the federal defendants.

September 21, 2020

Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*