UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Black Lives Matter D.C., et al.**

Plaintiff(s)

Case No.: 1:20-cv-01469-DLF

vs.

**Donald J. Trump, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Plaintiff's Motion for Leave to File a Third Amended Complaint, Proposed Order, Minute Order, and Third Amended Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/15/2020 at 1:12 PM, I served Captain Wayne Vincent, Arlington County Police Department with the Summons, Plaintiff's Motion for Leave to File a Third Amended Complaint, Proposed Order, Minute Order, and Third Amended Class Action Complaint at 1425 North Courthouse Road, Arlington, Virginia 22201 by serving Mauluda Ahmed, Designated Agent, authorized to accept service.

Mauluda Ahmed is described herein as:

Gender: Female   Race/Skin: White   Age: 42   Weight: 142   Height: 5'5"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/17/2020
Executed On



Abel Emiru

Client Ref Number:0091224.00016
Job #: 1581459

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C. et al., )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:20-cv-1469
Donald J. Trump et al., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wayne Vincent
Captain, Arlington County Policy Department
1425 N Courthouse Rd.
Arlington, VA 22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 09/10/2020                                                 /s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*

