AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Black Lives Matter D.C. et al.,<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump et al.,<br><br>*Defendant(s)* | Civil Action No. 1:20-cv-1469 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony Alioto
Officer, D.C. Metropolitan Police Department
c/o Office of the Attorney General
400 6th Street NW,
Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 09/10/2020

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-1469

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Alioto
was received by me on *(date)* September 10, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I served the summons via email on Ms. Teresa Quon Hyden, Assistant General Counsel with the Metropolitan Police Department (MPD) Office of General Counsel on September 23, 2020. The MPD Office of General Counsel agreed to accept service on behalf of Anthony Alioto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 24, 2020

/s/ Sonia Tabriz
*Server's signature*

Sonia Tabriz, Senior Associate
Counsel for Plaintiffs, DC Bar No. 1025020
*Printed name and title*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Email: sonia.tabriz@arnoldporter.com / Phone: (202) 942-6574
*Server's address*

Additional information regarding attempted service, etc: