**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**Black Lives Matter D.C., et al.**

**Plaintiff(s)**

**Case No.: 1:20-cv-01469-DLF**

***vs.***

**Donald J. Trump, et al.**

**Defendant(s)**

# AFFIDAVIT OF SERVICE

I, Darin Freeman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Plaintiff's Motion for Leave to File a Third Amended Complaint, Proposed Order, Minute Order, and Third Amended Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/16/2020 at 2:24 PM, I served U.S. Attorney for the District of Columbia c/o Civil Process Clerk with the Summons, Plaintiff's Motion for Leave to File a Third Amended Complaint, Proposed Order, Minute Order, and Third Amended Class Action Complaint at 501 3rd Street, NW, Washington, DC 20530 by serving Tamatha Dawkins, Paralegal, authorized to accept service.

Tamatha Dawkins is described herein as:

Gender: Female Race/Skin: Black Age: 45 Weight: 120 Height: 5'4" Hair: Black Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/17/2020

Executed On



Darin Freeman, Jr.

Client Ref Number:0091224.00016

Job #: 1581491

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Black Lives Matter D.C. et al.,

*Plaintiff(s)*

v.

Donald J. Trump et al.,

*Defendant(s)*

Civil Action No. 1:20-cv-1469

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
555 4th St., NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 09/10/2020




/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*