UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, President of the
United States of America, *et al.*,

*Defendants*.

Civil Action No. 20-1469 (DLF)

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Dismiss Plaintiffs' Official Capacity

Claims Against the Federal Defendants, Plaintiffs' opposition thereto, and the entire record herein,

it is hereby **ORDERED** that the United States' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' claims against the Federal Defendants in their

official capacities are hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge