UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 20-1469 (DLF) |

### THE DISTRICT OF COLUMBIA DEFENDANTS' MOTION
### TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants Peter Newsham, Jeffery Carroll, Anthony Alioto, Clifton Murphy, Christopher Meyer, Daniel Thau, Timothy Hargrove, Jeffery Buchanan, Tiffany Payne, Justin Taylor and Anthony Willis (collectively, the District Defendants) move to dismiss Plaintiffs' Third Amended Complaint (TAC). Fed. R. Civ. P. 12(b)(6).

As set forth in the accompanying memorandum of points and authorities, plaintiffs' claims against the District Defendants, which are based on the federal government's response to protests at Lafayette Square on June 1, 2020, cannot be sustained. Plaintiffs do not (and cannot) plausibly allege that the District Defendants formed a conspiracy with the federal defendants intending to violate plaintiffs' civil rights; because there was no such conspiracy, plaintiffs' separate claim alleging a failure to prevent a conspiracy to deprive plaintiffs' rights cannot proceed. Similarly, plaintiffs' First Amendment claims fail because plaintiffs have not adequately shown that the District Defendants infringed upon their First Amendment rights or acted

against them with the purpose of retaliating against their First Amendment-protected activity. Plaintiffs' claim of excessive force in violation of the Fourth Amendment's protection against unreasonable seizures also fails because plaintiffs do not allege they were seized and, in any event, the District Defendants are entitled to qualified immunity. Finally, plaintiffs' cursory allegations of an unconstitutional policy, custom or practice do not adequately support their claim of municipal liability under 42 U.S.C. § 1983. Plaintiffs' claims against the District Defendants should be dismissed with prejudice. A proposed order is attached.

Dated:  October 1, 2020.                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Duane Blackman
DUANE BLACKMAN*
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512;

---

\*      Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).

        (202) 442-9880
        Fax: (202) 703-0646
        duane.blackman@dc.gov; richard.sobiecki@dc.gov;
        brendan.heath@dc.gov

        *Counsel for the District of Columbia Defendants*