UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 20-1469 (DLF) |

ORDER

Upon consideration of the District of Columbia Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Motion), plaintiffs' opposition, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the claims against the District of Columbia Defendants, as alleged in Plaintiffs' Third Amended Complaint, are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: _____          _____
                              THE HONORABLE DABNEY L. FRIEDRICH
                              Judge, United States District Court
                                   for the District of Columbia

*Copies to:*
All counsel of record through CM/ECF

1