IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, ) | Case 1:20-cv-1469 (DLF) |
| Plaintiffs, ) | Exhibit A |
| v. ) | Civil Action No.: 20-cv-1469 (DLF) |
| DONALD J. TRUMP, *et al.*, ) | |
| Defendants. ) | |

## DECLARATION OF WAYNE VINCENT

COMES NOW WAYNE VINCENT WHO DECLARES AND AFFIRMS AS FOLLOWS:

1. I am giving this declaration on my personal knowledge for use in the above case. I am over the age of eighteen, and I am competent to make this declaration.

2. I am employed with the Arlington County Police Department and hold the rank of Captain.

3. On June 1, 2020, in my capacity as an Arlington County Police Captain, I was on special assignment pursuant to a mutual aid agreement with the United States Park Police to assist the United States Park Police with handling the demonstrations in Lafayette Park.

*Wayne Vincent* [signature]

1