| Case 1:20-cv-1469 (DLF) |
|---|
| Exhibit C |

## Attachment A
## Emergency or Public Service Event Law Enforcement Support Request Form

In accordance and subject to all of the provisions of the Interagency Agreement between the Arlington County Police Department and the National Park Service, United States Park Police ("USPP"), for emergency or public service event occurring on Federal parklands, the following request for Arlington County Police Department Level 1 CDU personnel is made and agreed to:

Emergency or Public Service Event ("Event"): 06/1/2020 1st Amendment Demonstrations

Date of Event: June 1, 2020

Period for which Police Officers are needed: 1200 to 0200 hrs.

Number of Police Officers needed: 50

Is Reimbursement being sought by the Arlington County Police Department?
Check one: Yes (   )   No  ( X )
Is Reimbursement agreed upon by the USPP? Check one: Yes (   )   No  ( X )
If reimbursement is sought and been agreed upon, at the conclusion of the detail/event, Arlington County Police Department shall furnish as soon as possible, but no later 30 days thereafter, a complete accounting of the requested reimbursement. This should include the number of hours worked by each officer and their salary rate, and any other documentation available to justify the requested amount. Reimbursement shall include overtime at 150% of the employee's hourly rate. Reimbursement shall also include benefits, which shall be an additional 27% on top of the employee's hourly rate. Under no circumstances should the total cost of reimbursement for the officers borne by the USPP, exceed the amount of $0.00.

**The response to the request, request for reimbursement, and all supporting documentation, should be emailed to Captain Scott Brecht at** Scott_Brecht@nps.gov **and to Ms. Connie Green at** Connie_Green@nps.gov. **Original copies are to be sent to: Ms. Connie R. Green, United States Park Police, 1100 Ohio Drive, SW, Washington, D.C. 20242, Telephone: (202) 619-7054.**

**For United States Park Police**

GREGORY MONAHAN
Digitally signed by GREGORY MONAHAN
Date: 2020.05.31 20:17:15 -04'00'

Greg Monahan, Acting Chief          Date
United States Park Police

**For Arlington County Police Department**

[signature]                          5 31. 2020
Murray Farr, Chief                   Date
Arlington County Police Department

1