**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants*. | No. 1:20-cv-01469-DLF |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN OPPOSITION TO FEDERAL AND DISTRICT OF COLUMBIA DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs hereby move for leave to file a single overlength brief in response to the three motions to dismiss filed on behalf of, respectively, Defendant Barr in his individual capacity, ECF 76; all federal Defendants sued in their official capacities, ECF 79; and all District of Columbia Defendants, ECF 80 (hereinafter collectively "the Federal and D.C. Defendants"). Rather than file three separate briefs, each up to 45 pages (as permitted by Local Civil Rule 7(e)), Plaintiffs seek leave to file a single omnibus brief of no more than 90 pages that responds to all three motions. Undersigned counsel has conferred with counsel for the Federal and D.C. Defendants, and they do not oppose this motion.[1]

This motion should be granted because most of the relevant facts and many of the legal arguments discussed by the Federal and D.C. Defendants in their various motions to dismiss are the same or overlap substantially. A single brief responding to all three motions will discuss the

---

[1] This motion does not seek to alter the page limit applicable to Plaintiffs' response to Defendant Vincent's motion to dismiss. Defendant Vincent's counsel conveyed to undersigned counsel that he did not wish to divert from the ordinary rules for Plaintiffs' response to Defendant Vincent's motion. Therefore, Plaintiffs will respond to that motion separately.

issues with greater clarity and fewer pages than three separate opposition briefs. Additionally, a single brief will avoid needless repetition and cross-referencing among three opposition briefs regarding facts and legal points applicable to more than one of the motions filed by the Federal and D.C. Defendants. The proposed 90-page limit is reasonable, as it is lower than the total page limit (135) that would be applicable if Plaintiffs filed three separate opposition briefs. Given that the issues and arguments are complex enough that the Federal and D.C. Defendants filed 114 total pages of briefing about them, *see* ECF 76; ECF 79-1; ECF 80-1, a 90-page response is not too long under the circumstances. And the Federal and D.C. Defendants do not object to this page limit.

This motion would not affect the Plaintiffs' deadline, which is November 19. This motion would not affect the length, number, or timing of Defendants' respective reply briefs.

For these reasons, the motion should be granted. A proposed order is filed herewith.

November 6, 2020                                  Respectfully submitted,

                                                  /s/ Scott Michelman
                                                  Scott Michelman (D.C. Bar No. 1006945)
                                                  AMERICAN CIVIL LIBERTIES
                                                  UNION FOUNDATION
                                                  OF THE DISTRICT OF COLUMBIA
                                                  915 15th Street NW, Second Floor
                                                  Washington, D.C. 20005
                                                  (202) 457-0800
                                                  smichelman@acludc.org

                                                  *Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. DONALD J. TRUMP, et al. *Defendants*. | No. 1:20-cv-01469-DLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion For Leave To File Overlength Brief In Opposition To Federal And District Of Columbia Defendants' Motions To Dismiss, it is hereby ORDERED that the motion is GRANTED.

In responding to the various motions to dismiss filed by Defendant Barr in his individual capacity, ECF 76; by all federal Defendants sued in their official capacities, ECF 79; and by all District of Columbia Defendants, ECF 80, Plaintiffs are GRANTED leave to file, in lieu of three separate briefs, a single brief of no more than 90 pages.

Date: _____                    _____
                                    Dabney L. Friedrich
                                    United States District Judge