IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **BLACK LIVES MATTER D.C., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| | ) Case No: 1:20-cv-01469-DLF |
| **DONALD J. TRUMP, et al.,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John B. F. Martin as attorney of record for United States

Park Police Major Mark Adamchik in his individual capacity. Service of all papers regarding

Major Adamchik, in his individual capacity, should be addressed as follows:

JOHN B. F. MARTIN
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
Tel:        (202) 616-4492
Fax:       (202) 616-4314
E-mail:   john.b.martin@usdoj.gov

Dated: November 13, 2020           Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

/s/ John B. F. Martin
John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government
Counsel in this Court under Local Rule
83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
T: (202) 616-4492; F: (202) 616-4314
John.b.martin@usdoj.gov

*Attorney for Major Mark Adamchik in his
individual capacity*