IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No: 1:20-cv-01469-DLF |
| DONALD J. TRUMP, et al., | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of David G. Cutler as attorney of record for United States Park Police Major Mark Adamchik in his individual capacity. Service of all papers regarding Major Adamchik, in his individual capacity, should be addressed as follows:

    DAVID G. CUTLER
    Trial Attorney, Constitutional Torts Staff
    Torts Branch, Civil Division
    U.S. Department of Justice
    Ben Franklin Station, P.O. Box 7146
    Washington, D.C. 20044-7146
    Tel:    (202) 616-0674
    Fax:    (202) 616-4314
    E-mail:    david.g.cutler@usdoj.gov

Dated: November 13, 2020        Respectfully submitted,

                                        JEFFREY BOSSERT CLARK
                                        Acting Assistant Attorney General
                                        Civil Division

                                        C. SALVATORE D'ALESSIO, JR.
                                        Acting Director
                                        Torts Branch, Civil Division

*/s/* David G. Cutler
DAVID G. CUTLER
IL Bar No. 6303130, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov

*Counsel for Major Mark Adamchik in his individual capacity*

2