IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No: 1:20-cv-01469-DLF |
| DONALD J. TRUMP, et al., | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David G. Cutler as attorney of record for United States Park Police Officer Cara Seiberling in her individual capacity. Service of all papers regarding Officer Seiberling, in her individual capacity, should be addressed as follows:

DAVID G. CUTLER
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
Tel:        (202) 616-0674
Fax:       (202) 616-4314
E-mail:   david.g.cutler@usdoj.gov


Dated: November 13, 2020               Respectfully submitted,

                                       JEFFREY BOSSERT CLARK
                                       Acting Assistant Attorney General
                                       Civil Division

                                       C. SALVATORE D'ALESSIO, JR.
                                       Acting Director
                                       Torts Branch, Civil Division

2

>*/s/* David G. Cutler
> DAVID G. CUTLER
> IL Bar No. 6303130, under LCvR 83.2
> Trial Attorney, Constitutional Torts Staff
> Torts Branch, Civil Division
> U.S. Department of Justice
> Ben Franklin Station, P.O. Box 7146
> Washington, D.C. 20044
> T: (202) 616-0674; F: (202) 616-4314
> David.G.Cutler@usdoj.gov
>
> *Counsel for Officer Cara Seiberling*
> *in her individual capacity*