UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | Case No. 1:20-cv-01469-DLF |

### JOINT MOTION TO SET BRIEFING SCHEDULES AND EXTEND THE TIME TO FILE RESPONSES AND REPLIES WITH RESPECT TO DEFENDANTS ADAMCHIK'S AND SEIBERLING'S MOTIONS TO DISMISS THE COMPLAINT

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("plaintiffs") and Defendants Mark Adamchik and Cara Seiberling, as sued in their individual capacity ("defendants") (collectively with plaintiffs, "the parties"), respectfully move this Court to establish the briefing schedules set forth below for defendants' motions to dismiss the complaint, which schedules would include extensions of time both for plaintiffs to file opposition papers and for defendants to file reply papers.

Currently, under the Federal Rules of Civil Procedure and the Local Rules, defendant Adamchik's motion to dismiss is due on November 16, 2020, with plaintiffs' opposition due on November 30, 2020, and defendant Adamchik's reply due on December 7, 2020. Defendant Seiberling's motion to dismiss is due on January 11, 2021, with plaintiffs' opposition due on January 25, 2021, and defendant Seiberling's reply due on February 1, 2021.

The parties have conferred and agreed that it would be appropriate to set briefing schedules and extend the response and reply deadlines for defendant Adamchik's and defendant Seiberling's motions to dismiss. Based on the scope and nature of the litigation to date, both

sides anticipate that briefing on those defendants' dismissal motions will raise substantial and complex legal issues, and the proposed briefing schedules and extensions of time will enable the parties a reasonable time to prepare opposition and reply papers fully addressing those issues.

Accordingly, the parties respectfully request that the Court establish the following briefing schedules:

(1) For defendant Adamchik's motion to dismiss, plaintiffs' opposition due on or before December 14, 2020, and defendant Adamchik's reply due on or before January 11, 2021;

(2) For defendant Seiberling's motion to dismiss, plaintiffs' opposition due on or before February 8, 2021, defendant Seiberling's reply due on or before March 8, 2021

The parties jointly and respectfully request that the Court enter the attached proposed order.

Dated: November 13, 2020

                                      Respectfully submitted,

                                      JEFFREY BOSSERT CLARK
                                      Acting Assistant Attorney General
                                      Civil Division

                                      C. SALVATORE D'ALESSIO, JR.
                                      Acting Director, Torts Branch


                                      */s/* John B. F. Martin
                                      JOHN B. F. MARTIN
                                      NY Bar No. 4682928, under LCvR 83.2
                                      Trial Attorney, Constitutional Torts Staff
                                      Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Ben Franklin Station, P.O. Box 7146
                                      Washington, D.C. 20044
                                      T: (202) 616-4492; F: (202) 616-4314
                                      John.B.Martin@usdoj.gov

                                      */s/* David G. Cutler
                                      DAVID G. CUTLER
                                      IL Bar No. 4682928, under LCvR 83.2
                                      Trial Attorney, Constitutional Torts Staff

Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov

*Counsel for Major Mark Adamchik and Officer Cara Seiberling in their individual capacities*


*/s/* Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org


Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)

Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org


John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

*Attorneys for Plaintiffs*