## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Black Lives Matter D.C., et al.**

Plaintiff(s)

Case No.: 1:20-cv-01469-DLF

vs.

**Donald J. Trump, President of the United States of America, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Darin Freeman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Third Amended Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 11/09/2020 at 8:24 AM, I served Helmet Number A704 a/k/a Officer Nicholas Jarmuzewski, U.S. Park Police at 4530 34th Street, Mount Rainier, Maryland 20712 with the Summons and Third Amended Class Action Complaint by serving Nicholas Jarmuzewski, personally.

Nicholas Jarmuzewski is described herein as:

Gender: Male   Race/Skin: Black   Age: 40   Weight: 160   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

11/12/2020
Executed On



Darin Freeman, Jr.

Client Ref Number: 0091224.00016
Job #: 1582697

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:20-cv-01469-DLF Document 85 Filed 10/16/20 Page 2 of 2

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C. et al.,

*Plaintiff(s)*

v.

Donald J. Trump et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-cv-1469

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NICHOLAS JARMUZEWSKI a/k/a Helmet Number A704
Officer, U.S. Park Police
1100 Ohio Drive, S.W.
Washington, D.C. 20242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/16/2020

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*