UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants*. | Case No. 1:20-cv-01469-DLF |

[PROPOSED] **ORDER**

Upon consideration of the Motions to Dismiss Plaintiffs' Third Amended Complaint filed by Defendant Barr, the official-capacity federal Defendants, and the District of Columbia Defendants, ECF 76, 79, 80, and all briefing thereon, it is hereby ORDERED that the motions are DENIED.

Date: _____                              _____

                                                              Dabney L. Friedrich
                                                              United States District Judge