IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLACK LIVES MATTER D.C., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 1:20-cv-01469-DLF |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FEDERAL COURTS SCHOLARS AS *AMICI CURIAE* IN OPPOSITION TO DEFENDANT BARR'S MOTION TO DISMISS**

Upon consideration of the Unopposed Motion for Leave to File Brief of Federal Courts Scholars as *Amici Curiae* in Opposition to Defendant Barr's Motion to Dismiss, the Court finds that the Motion is hereby **GRANTED**. Accordingly, it is **ORDERED** that the Brief of Federal Court Scholars as *Amici Curiae* is hereby filed.

**SIGNED** on this ____ day of _____, 20__.


THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE