IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs*,

  v.

DONALD J. TRUMP, et al.

    *Defendants*.

No. 1:20-cv-01469-DLF

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE
DEFENDANT BRYAN MCDONALD**

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs hereby move for a 60-day extension of time through February 1, 2021 to serve Defendant Bryan McDonald with the summons and Third Amended Complaint. Undersigned counsel has contacted counsel for all Defendants who have appeared in this action; they all take no position on this motion.

Rule 4(m) provides a 90-day timeline for service of summonses, which commences on the date upon which the complaint is filed with the Court. Here, the Third Amended Complaint was docketed on September 3, 2020, thus the deadline for service is December 2, 2020. Plaintiffs have timely served all but one officer named in the Third Amended Complaint. However, as set forth below, numerous intervening factors have thwarted Plaintiffs' ability to serve Defendant McDonald within the default timeline. Where, as here, good cause has been shown, "the [C]ourt must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

**PROCEDURAL HISTORY**

On September 1, 2020, Plaintiffs filed a motion for leave to file their Third Amended Complaint to name certain law enforcement officers involved in the June 1 attack on peaceful

1

demonstrators who had gathered at Lafayette Square Park to protest government violence against black people and systemic racism.  Dkt. 50.  Plaintiffs added officers from the U.S. Park Police, Metropolitan Police Department ("MPD") and Arlington County Police Department ("ACPD").

For some of the officers, Plaintiffs were able to identify and list full first-and-last names.  For others, Plaintiffs included identifying information, e.g., only a last name or a helmet or arm patch number.  Bryan McDonald is a U.S. Park Police officer.  At the time that Plaintiffs filed the Third Amended Complaint, Plaintiffs did not have Defendant McDonald's name.  Thus, he was identified as "HELMET NUMBER C723."  Dkt. 56.  The Court granted Plaintiffs' motion for leave to amend by order dated September 3, 2020.  On the same day, Plaintiffs' Third Amended Complaint was docketed with the Court.  Dkt. 52.

On September 9, 2020, Plaintiffs requested for summonses to issue for the added defendants.  The Court issued summonses for the defendants for whom Plaintiffs could provide full names, but not for those who were identified by last name only or alternative means (including Defendant McDonald).  Dkt. 55.  Thus, Plaintiffs moved for further identification or, in the alternative, that the Court issue summonses for the added defendants as identified.  Dkt. 56.  On October 2, 2020, the Court granted Plaintiffs motion and, as is relevant here, ordered Defendant Gregory T. Monahan, Acting Chief of the U.S. Park Police, to provide Plaintiffs with the full names of the U.S. Park Police officers listed in the Third Amended Complaint.  By email dated October 2, 2020, Defendant Monahan's counsel provided the full names of those U.S. Park Police officers.  Plaintiffs submitted an updated request for summonses to issue for these officers.  The Clerk's Office issued the summonses on October 16, 2020.

**LEGAL ARGUMENT**

Plaintiffs have shown good cause for their inability to serve Defendant McDonald in the 90-day window set out in Rule 4(m), thus compelling this Court to extend the time for service. First, Plaintiffs did not obtain Defendant McDonald's full name until approximately one month of the 90-day timeline had already passed and only after the Court compelled disclosure of his identity. The Clerk's Office issued the summonses for Defendant McDonald two weeks later. Thus, Plaintiffs only had 47 of the 90 days, i.e., approximately half the time allotted by Rule 4(m), to attempt service.

Since this Court issued the summonses, Plaintiffs have worked diligently to locate and serve all of the officers who were named in the Third Amended Complaint. Plaintiffs have largely succeeded despite the aforementioned delay in securing names and summonses for most of the U.S. Park Police officers. Plaintiffs have also succeeded despite encountering numerous other challenges with effectuating service. As of the date of this filing, Plaintiffs have served all named officers, with the exception of Defendant McDonald, who has proven especially difficult to independently locate given his common name.

Within the last two weeks, DOI has indicated in response to Plaintiffs' inquiries that it would facilitate service on any outstanding U.S. Park Police officers. Plaintiffs appreciate DOI's outreach and efforts. Just this morning, DOI informed Plaintiffs that the Department of Justice ("DOJ") will be representing Defendant McDonald in this matter. Undersigned counsel promptly contacted DOJ counsel assigned to represent Defendant McDonald requesting that DOJ accept service on Defendant McDonald's behalf. DOJ counsel stated that he has not yet received authorization to accept service. Thus, Plaintiffs need additional time to await further direction from DOJ and—depending on DOJ's response—possibly to attempt further service efforts

directly. Plaintiffs request an additional 60 days out of an abundance of caution, but are hopeful that DOJ will accept service well before the new deadline.

Although DOI does not at this time represent any party, undersigned counsel nonetheless consulted DOI regarding this motion, and DOI consents to the extension in order to effectuate service upon Defendant McDonald.

## CONCLUSION

For the aforementioned reasons, and for the good cause shown, Plaintiffs respectfully request that this Court extend the time for service on Defendant McDonald by 60 days through February 1, 2021.

December 1, 2020

Respectfully submitted,

/s/ Sonia Tabriz
John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
sonia.tabriz@arnoldporter.com

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 0005
(202) 457-0800
smichelman@acludc.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)

Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
Washington Lawyers' Committee for Civil
    Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. DONALD J. TRUMP, et al. *Defendants*. | No. 1:20-cv-01469-DLF |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time to Serve Defendant Bryan McDonald, and for the good cause shown therein, it is hereby ORDERED that the Motion is GRANTED.

The time for service on Defendant Bryan McDonald is hereby extended through February 1, 2021.

Date: _____

_____
Dabney L. Friedrich
United States District Judge