**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Black Lives Matter D.C., et al.

Plaintiff(s)

Case No.: 1:20-cv-01469-DLF

vs.

Donald J. Trump, President of the United States of America, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Third Amended Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 12/01/2020 at 11:52 AM, I served Helmet Number B714 a/k/a Officer Sean Cox, U.S. Park Police at 1200 Ohio Drive, SW, Washington, DC 20242 with the Summons and Third Amended Class Action Complaint by serving Officer Sean Cox, personally.

Officer Sean Cox is described herein as:

Gender: Male   Race/Skin: White   Age: 36   Weight: 175   Height: 5'10"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

12/1/2020
Executed On

Ambiko Wallace

Client Ref Number: 0091224.00016
Job #: 1582699

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C. et al.,

*Plaintiff(s)*

v.

Donald J. Trump et al.,

*Defendant(s)*

Civil Action No. 1:20-cv-1469

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEAN COX a/k/a Helmet Number B714
Officer, U.S. Park Police
1100 Ohio Drive, S.W.
Washington, D.C. 20242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaitlin Banner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/16/2020

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*