IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> *Defendants*. | No. 1:20-cv-01469-DLF |

**PLAINTIFFS' AND DEFENDANT KELLENBERGER'S JOINT MOTION TO SET BRIEFING SCHEDULES AND EXTEND THE TIME TO FILE BRIEFS WITH RESPECT TO DEFENDANT KELLENBERGER'S MOTION TO DISMISS**

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("Plaintiffs") and Defendant Sean Kellenberger respectfully move this Court to establish the briefing schedule set forth below for Defendant Kellenberger's motion to dismiss the complaint. This schedule would include extensions of time both for plaintiffs and for defendants.

Plaintiffs and Defendant Kellenberger have conferred and agreed that it would be appropriate to set a briefing schedule and extend deadlines for briefing on Defendant Kellenberger's motion to dismiss. Based on the scope and nature of the litigation to date, both sides anticipate that briefing this motion will raise substantial and complex legal issues, and the proposed briefing schedule and will enable the parties a reasonable time to prepare briefs fully addressing those issues.

Additionally, the proposed schedule will not delay the litigation, as Defendant Kellenberger's final brief would be due the same week (the week of March 8, 2021) as the final

brief for another of his individual-capacity co-defendants, Defendant Seiberling. See Minute Order of Nov. 16. 2020.

Accordingly, the parties respectfully request that the Court establish the following briefing schedule:

- For Defendant Kellenberger's motion to dismiss: due on or before January 13, 2021;

- For Plaintiffs' opposition: due on or before February 17, 2021; and

- For Defendant Kellenberger's reply: due on or before March 10, 2021.

For these reasons, the parties jointly and respectfully request that the Court enter the attached proposed order.

December 7, 2020

Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

/s/Christopher A. Zampogna
D.C. Bar No.: 449851
Zampogna, P.C.
1776 K St. NW ste 700
Washington, DC 20006
202-223-6635
caz@zampognalaw.com

*Counsel for Defendant Kellenberger*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs*,

  v.

DONALD J. TRUMP, et al.

    *Defendants*.

No. 1:20-cv-01469-DLF

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' and Defendant Kellenberger's Joint Motion To Set Briefing Schedules and Extend The Time To File Briefs With Respect To Defendant Kellenberger's Motion To Dismiss, it is hereby ORDERED that the motion is GRANTED.

Defendant Kellenberger shall file his motion to dismiss on or before January 13, 2021; Plaintiffs shall filed their opposition to Defendant Kellenberger's motion to dismiss on or before February 17, 2021; Defendant Kellenberger shall reply to Plaintiffs opposition on or before March 10, 2021.

Date: _____                  _____
                                                              Dabney L. Friedrich
                                                              United States District Judge