## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,   :
                                               :
      Plaintiffs,                      :
                                               :
     v.                               :   No. 1:20-cv-01469-DLF
                                               :
DONALD J. TRUMP, *et al.*          :
                                               :
      Defendants.           :

## **NOTICE OF APPEARANCE**

      Will the Clerk of the Court will please enter the appearance of Daniel S. Crowley, Esq. as counsel for Defendant, Thomas LoCascio, in the above-captioned case.

Dated: December 17, 2020                  Respectfully submitted,

                                                   HANNON LAW GROUP, LLP

                                                   */s/ Daniel S. Crowley*
                                                   Daniel S. Crowley, Bar No. #989874
                                                   333 8th Street NE
                                                   Washington, DC 20002
                                                   Tel: (202) 232-1907
                                                   Fax: (202) 232-3704
                                                   dcrowley@hannonlawgroup.com

                                                   *Attorney for Defendant Thomas LoCascio*