UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 20-1469 (DLF) |

### DISTRICT OF COLUMBIA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The District of Columbia Defendants move for leave to exceed the page limits set forth in Local Civil Rule 7(e) and seek to file a reply supporting the District Defendants' motion to dismiss plaintiffs' Third Amended Complaint not exceeding 35 pages in length. The District Defendants believe that the scope of briefing necessary to address the substantive issues in this case constitute extraordinary circumstances sufficient to justify granting leave to exceed the page limit in their reply.

Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter in good faith with the other parties. Counsel for plaintiffs, as well as counsel for Captain Wayne Vincent, Officer Sean Kellenberger, Officer Thomas LoCascio and the federal defendants in their official capacities consent to this relief. Counsel for Attorney General William Barr, Major Mark Adamchik, Officer Cara Seiberling, Officer Sean Cox, Officer Jeffrey Hendrickson, Officer Nicholas Jarmuzewski, Officer Lawrence Sinacore, Officer Luis Feliciano, Officer Bryan McDonald, and Sergeant

Jonathan Daniels, in their individual capacities, take no position on the request. The District Defendants request that the Court grant the unopposed motion and enter the proposed order.

Dated: December 17, 2020.    Respectfully submitted,

    KARL A. RACINE
    Attorney General for the District of Columbia

    TONI MICHELLE JACKSON
    Deputy Attorney General
    Public Interest Division

    */s/ Fernando Amarillas*
    FERNANDO AMARILLAS [974858]
    Chief, Equity Section

    */s/ Brendan Heath*
    DUANE BLACKMAN*
    RICHARD SOBIECKI [500163]
    BRENDAN HEATH [1619960]
    Assistant Attorneys General
    400 Sixth Street, N.W., Suite 10100
    Washington, D.C. 20001
    Phone: (202) 805-7640; (202) 805-7512;
    (202) 442-9880
    Fax: (202) 703-0646
    duane.blackman@dc.gov; richard.sobiecki@dc.gov;
    brendan.heath@dc.gov

    *Counsel for the District of Columbia Defendants*

---

\*    Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-1469 (DLF) |

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DISTRICT OF COLUMBIA DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

　　In support of its unopposed motion for leave to exceed page limit, the District Defendants submit:

1. Local Civil Rule 7(e);

2. The other parties' lack of objection to the requested relief;

3. The District Defendants' showing of good cause as described in the motion;

4. The inherent power of the Court.

Dated:  December 17, 2020.　　Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　*/s/ Fernando Amarillas*
　　　　　　　　　　　　　　　　FERNANDO AMARILLAS [974858]
　　　　　　　　　　　　　　　　Chief, Equity Section

/s/ Brendan Heath
DUANE BLACKMAN*
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512;
(202) 442-9880
Fax: (202) 703-0646
duane.blackman@dc.gov; richard.sobiecki@dc.gov;
brendan.heath@dc.gov

*Counsel for the District of Columbia Defendants*

---

\*      Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 20-1469 (DLF) |

ORDER

Upon consideration of the District of Columbia Defendants' Unopposed Motion for Leave to Exceed Page Limit (Unopposed Motion), and the entire record, it is this \_\_\_\_ day of _____, 2020

**ORDERED** that the Unopposed Motion is **GRANTED**; and it is further

**ORDERED** that the District of Columbia Defendants may file a reply in support of their motion to dismiss plaintiffs' Third Amended Complaint not exceeding 35 pages in length.

**SO ORDERED**.

Dated: _____           _____
THE HONORABLE DABNEY L. FRIEDRICH
Judge, United States District Court
for the District of Columbia

*Copies to:*

All counsel of record through CM/ECF