IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No: 1:20-cv-01469-DLF |
| DONALD J. TRUMP, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of John B. F. Martin as attorney of record for United States Park Police Officers Bryan McDonald, Sean Cox, Lawrence Sinacore, Jeffrey Hendrickson, Nicholas Jarmuzewski, and Luis Feliciano, as well as United States Park Police Sergeant Jonathan Daniels, in their respective individual capacities. Service of all papers regarding the above mentioned defendants, in their respective individual capacities, should be addressed as follows:

    JOHN B. F. MARTIN
    Trial Attorney, Constitutional Torts Staff
    Torts Branch, Civil Division
    U.S. Department of Justice
    Ben Franklin Station, P.O. Box 7146
    Washington, D.C. 20044-7146
    Tel:      (202) 616-4492
    Fax:     (202) 616-4314
    E-mail:   john.b.martin@usdoj.gov

Dated: December 21, 2020              Respectfully submitted,

                                                 JEFFREY BOSSERT CLARK
                                               Acting Assistant Attorney General

Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division


*/s/* John B. F. Martin
John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
T: (202) 616-4492; F: (202) 616-4314
John.b.martin@usdoj.gov

*Attorney for Officers Sean Cox, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Lawrence Sinacore, and Sergeant Jonathan Daniels in their individual capacities*