UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Case No. 1:20-cv-01469-DLF

**JOINT MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE REGARDING FORTHCOMING MOTIONS TO DISMISS BY INDIVIDUAL FEDERAL DEFENDANTS COX, DANIELS, FELICIANO, HENDRICKSON, JARMUZEWSKI, MCDONALD, SEIBERLING, AND SINACORE**

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("plaintiffs") and Defendants Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore, as sued in their individual capacity ("individual federal defendants") (collectively with plaintiffs, "the parties"), respectfully move this Court to establish the briefing schedule set forth below for the individual federal defendants' motion to dismiss the complaint, which would extend the time and page limitations allotted for the motion, the opposition, and the reply.

As established by the applicable rules, the complaint response dates for Officer Defendants Cox, Daniels, Feliciano, Hendrickson, Jarmuzewski are currently between January 8 and 10, 2021. Officer Defendant Sinacore's response to the complaint is due on January 25, 2021. Officer Defendant McDonald, who was recently served, is currently due to file his complaint response on February 13, 2021. Officer Defendant Seiberling's motion to dismiss filing date, which was set through a joint motion, is currently January 11, 2021.

The parties have conferred and agree that it would be more efficient and promote judicial economy to file one consolidated brief on behalf of all individual federal defendants rather than eight separate motions on different dates. Additionally, based on the scope and nature of the litigation to date, as well as the need to address the claims against each of the eight officer defendants, both sides anticipate that briefing on this dismissal motion will require more time and pages than allotted under the local rules. The proposed briefing schedule, extensions of time (for some defendants), and extensions of page limit will enable the parties reasonable time and space to prepare motion, opposition, and reply papers that fully address those complex issues for all eight officer defendants.

Accordingly, the parties respectfully request that the Court establish the following briefing schedule and page limits:

(1) Motion to Dismiss for the eight officer defendants due **January 29, 2021** with a page limit of **70 pages**;

(2) Opposition to Motion to Dismiss due **March 5, 2021** with a page limit of **70 pages**; and

(3) Reply due **April 2, 2021** with a page limit of **40 pages.**

The parties jointly and respectfully request that the Court enter the attached proposed order.

Dated: December 21, 2020

                                        Respectfully submitted,

                                        JEFFREY BOSSERT CLARK
                                        Acting Assistant Attorney General
                                        Civil Division

                                        C. SALVATORE D'ALESSIO, JR.
                                        Acting Director, Torts Branch

*/s/* John B. F. Martin
JOHN B. F. MARTIN
NY Bar No. 4682928, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

*Counsel for Officers Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore in their individual capacities*

*/s/* Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org

jonathan_smith@washlaw.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

*Attorneys for Plaintiffs*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Case No. 1:20-cv-01469-DLF

**[Proposed] ORDER**

Upon consideration of the Joint Motion to Set Consolidated Briefing Schedule Regarding Forthcoming Motions to Dismiss by Individual Federal Defendants Cox, Daniels, Feliciano, Hendrickson, Jarmuzewski, McDonald, Seiberling, and Sinacore, and the entire record, it is hereby

**ORDERED**, that the Motion is **GRANTED**;

**ORDERED**, that the briefing schedule entered as to Officer Defendant Seiberling in the November 16, 2020 minute order is hereby **VACATED**; and it is further

**ORDERED**, that the following briefing schedule is entered:

(1) Motion to Dismiss for Defendants Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore due January 29, 2021 with a page limit of 70 pages;

(2) Opposition to Motion to Dismiss due March 5, 2021 with a page limit of 70 pages; and

(3) Reply due April 2, 2021 with a page limit of 40 pages.

It is so **ORDERED**.

Date: _____

    The Honorable Dabney L. Friedrich
    United States District Judge