IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | No. 1:20-cv-01469-DLF (LEAD)<br><br>No. 1:20-cv-01542-DLF |

## **PROPOSED ORDER**

Upon consideration of the Joint Status and Scheduling Report, it is hereby **ORDERED** that the proposed schedule is **ADOPTED**.

The Court adopts the following proposed schedule to govern further proceedings:

| Event | Proposed Deadline |
|---|---|
| Rule 26(f) Conference | Friday, May 2, 2025 |
| Deadline for *BLM* Plaintiffs and MPD Defendants to Confer on Class Notice Plan | Friday, May 2, 2025 |
| Deadline for *BLM* Plaintiffs and MPD Defendants to Submit Joint Class Notice Plan and/or Positions | Friday, May 9, 2025 |
| Deadline for Parties to Submit Rule 26(f)/Local Rule 16.3 Report | Friday, May 16, 2025 |
| Defendants' Answers | Friday, May 16, 2025 |
| Initial Disclosures | Friday, May 16, 2025 |
| Deadline for Class Opt-Out in *BLM* | 120 days after court approval of notice plan |
| Complete Fact Discovery | Monday, November 16, 2026 |
| Initial Expert Disclosures and Reports | Friday, January 15, 2027 |
| Rebuttal Expert Reports | Monday, March 15, 2027 |
| Complete Expert Discovery | Friday, May 14, 2027 |
| Post-Discovery Status Conference | To be set at a time convenient for the Court following close of discovery |
| Deadline to File Any Rule 56 and Other Pretrial Motions (Except Motions in Limine and Other Trial-Specific Motions) | Friday, July 15, 2027 |

1

| Deadline to File Any Opposition to Rule 56 and Other Pretrial Motions | Monday, August 16, 2027 |
|---|---|
| Deadline to File any Reply in Support of a Motion for Rule 56 and Other Pretrial Motions | Monday, August 30, 2027 |

**SO ORDERED.**

Dated:_____                          _____
                                                 The Honorable Dabney L. Friedrich
                                                 United States District Court Judge