<u>EXHIBIT B</u>

1. Black Lives Matter DC
2. Harriett's Wildest Dreams
3. Good Trouble Cooperative
4. Freedom Fighters
5. SURJ (Standing Up for Racial Justice)
6. Palm Collective
7. FTP
8. Black Swan Academy
9. Claudia Jones School for Political Education
10. Community Shoulders
11. Concerned Citizens of DC
12. DC Alliance Against Racist & Political Repression (DCAARPR)
13. Metro DC DSA (Democratic Socialists of America)
14. DC Incarcerated Workers Organizing Committee (IWOC)
15. DC Street Medics Collective
16. HIPS DC
17. Jewish Voice for Peace - DC Metro
18. La ColectiVA
19. Life After Release
20. Long Live GoGo
21. Remora House DC
22. Stop Police Terror Project
23. Sunrise DC
24. Until Freedom DC
25. Ward 1 Mutual Aid
26. Ward 2 Mutual Aid
27. Ward 3 Mutual Aid
28. Ward 4 Mutual Aid
29. Ward 5 Mutual Aid
30. ONE DC