AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Black Lives Matter, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01469-DLF |
| Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Reporters Committee for Freedom of the Press.

Date:   12/21/2020

/s/ Katie Townsend
*Attorney's signature*

Katie Townsend, D.C. Bar No. 1026115
*Printed name and bar number*
Reporters Committee for Freedom of the Press
1156 15th Street NW, Ste. 1020
Washington, D.C. 20005

*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*