AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Black Lives Matter, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01469-DLF |
| Trump, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Reporters Committee for Freedom of the Press.

Date: 12/21/2020

/s/ Gabriel Rottman
*Attorney's signature*

Gabriel Rottman, D.C. Bar No. 992728
*Printed name and bar number*
Reporters Committee for Freedom of the Press
1156 15th Street NW, Ste. 1020
Washington, D.C. 20005

*Address*

grottman@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*