# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. <br><br> DONALD J. TRUMP, et al., *Defendants*. | Case No. 1:20-cv-01469-DLF |

## DEFENDANT MARK ADAMCHIK'S CONSENT MOTION TO FILE AN OVERSIZE REPLY IN SUPPORT OF HIS MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS

Major Mark Adamchik, in his individual capacity, respectfully moves for leave to file an oversize reply of up to 40 pages in further support of his motion to dismiss, ECF No. 97. Undersigned counsel have conferred with plaintiffs' counsel, and they consent to this motion.

There is good cause for the filing of an oversize reply brief based on the need to respond to a large volume of briefing on complex legal issues related to the dismissal motion. Plaintiffs have filed a 45-page brief opposing Major Adamchik's dismissal motion, and five amici have filed a collective 108 pages of briefing arguing that plaintiffs' claims against the defendants, including Major Adamchik, should proceed. *See* ECF No. 98 at 16-38, 40-53, 57-59, 73-85; ECF No. 116 at 1-25; ECF No. 115 at 1-20; ECF No. 114 at 1-25; ECF No. 120 at 1-21, ECF No. 131- at 1-18. Given the substantial briefing on complex issues, 40 pages is a reasonable and appropriate length for a reply brief to address the myriad arguments raised in opposition to Major Adamchik's dismissal motion. Plaintiffs consent to the filing of a brief of this length, and the filing of an oversize brief will not affect the briefing schedule on Major Adamchik's motion. The Court previously granted requests to file reply briefs of comparable size for the Attorney General and the D.C. defendants.

For these reasons, the motion for leave to file a reply of up to 40 pages should be granted.

A proposed order is attached to this motion.

Dated: December 22, 2020

                                          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch


*/s/* John B. F. Martin
JOHN B. F. MARTIN
NY Bar No. 4682928, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

*/s/* David G. Cutler
DAVID G. CUTLER
IL Bar No. 4682928, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov

*Counsel for Major Adamchik in His Individual Capacity*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., <br><br>    Plaintiffs, <br><br>v. <br><br><br><br>DONALD J. TRUMP, et al., <br><br>    Defendants. | Civil Action No. 20cv1469-DLF |

## [PROPOSED] ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVERSIZE REPLY

Having considered Defendant Mark Adamchik's Consent Motion to File an Oversize Reply in Support of His Motion to Dismiss Individual Capacity Claims and the entire record herein, and there being no opposition to the motion, it is hereby **ORDERED** that Defendant Mark Adamchik is granted permission to file a reply of up to 40 pages in further support of his motion to dismiss the individual capacity claims against him.

It is so **ORDERED**.


Dated: _____

                                                              The Honorable Dabney L. Friedrich <br>
                                                              United States District Judge

*Attorneys to be notified of the Order's entry*:

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org

agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org


John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com


Christopher C. Hair
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C. 20530
Tel: (202) 252-2541
Christopher.Hair@usdoj.gov

John B. F. Martin
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov


David G. Cutler
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
(Admitted to Practice as Government Counsel in this Court under Local Rule 83.2(e))
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-0674; F: (202) 616-4314
David.G.Cutler@usdoj.gov