UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :    No. 1:20-cv-01469-DLF |
| | : |
| DONALD J. TRUMP, *et al.* | : |
| | : |
|     Defendants. | : |

## JOINT MOTION TO SET BRIEFING SCHEDULE
## FOR DEFENDANT LOCASCIO'S MOTION TO DISMISS

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F., together with Defendant Officer Thomas LoCascio, respectfully move this Court to establish the briefing schedule set forth below for defendant's motion to dismiss the complaint. The requested schedule includes extensions of time for Officer LoCascio to file his motion, for the plaintiffs to file their opposition, and for Officer LoCascio's reply.

Officer LoCascio's motion is currently due January 11, 2021, after which the plaintiffs' opposition will be due January 25, 2021. Counsel for Officer LoCascio was retained on December 14, 2020, after more than a month of the defendant's time to answer the complaint had elapsed. (*See* Aff'd of Service, (Nov. 15, 2020), ECF No. 104 (reflecting date of personal service as Nov. 11, 2020). The delay was through no fault of Officer LoCascio's; he was waiting to learn whether his employer would provide representation. Nevertheless, counsel worked diligently to meet the existing deadline, but due to several factors, including intervening deadlines, depositions, and other preexisting obligations in other litigation matters, additional time is required. Counsel believes an additional 15 days are both necessary and sufficient to fully brief the issues presented in Officer LoCascio's motion.

The proposed schedule below allows the plaintiffs a reciprocal extension of 15 days.  The parties respectfully suggest that granting this motion will not cause any undue delay because the briefing schedule would conclude just a few after the recently extended deadlines for other defendants.

Accordingly, the parties respectfully request that the Court establish the following briefing schedule:

(1) Officer LoCascio's motion to dismiss due **January 26, 2021**;

(2) Plaintiffs' oppositions due **February 24, 2021**; and

(3) Officer LoCascio's reply due **March 17, 2021**.

The parties jointly and respectfully request that the Court enter the attached proposed order.

Dated:  January 7, 2021                     Respectfully submitted,

                                                                                  */s/Daniel S. Crowley*
Daniel S. Crowley, Bar No. #989874
HANNON LAW GROUP, LLP
333 8th Street NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@hannonlawgroup.com
*Attorney for Defendant Thomas LoCascio*

    */s/Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

*Attorneys for Plaintiffs*

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v.  : <br> : <br> DONALD J. TRUMP, *et al.* : <br> : <br> Defendants. : | No. 1:20-cv-01469-DLF |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' and Defendant LoCascio's Joint Motion to Set Briefing Schedule for Defendant LoCascio's Motion to Dismiss, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the following briefing schedule is entered"

(1) Defendant LoCascio's motion to dismiss is due January 26, 2021;

(2) Plaintiffs' oppositions are due February 24, 2021; and

(3) Defendant LoCascio's reply is due March 17, 2021.

**SO ORDERED**.

Date: _____  _____

The Honorable Dabney L. Friedrich
United States District Judge