IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants*. | No. 1:20-cv-01469-DLF |

**DEFENDANT KELLENBERGER'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULES AND EXTEND THE TIME TO FILE BRIEFS WITH RESPECT TO DEFENDANT KELLENBERGER'S MOTION TO DISMISS**

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("Plaintiffs") and Defendant Sean Kellenberger respectfully move this Court to modify the briefing schedule set forth below for Defendant Kellenberger's motion to dismiss the complaint. This schedule would include extensions of time both for plaintiffs and for defendants. The Defendant, Kellenberger, request this brief 9 day extension due to unforeseen COVID circumstances and recent unexpected office changes.

Plaintiffs and Defendant Kellenberger have conferred and Plaintiff does not oppose modification the briefing schedule due to a recent events regarding the Defendant, including a COVID related event, representation matters, and office related issues and extend deadlines for briefing on Defendant Kellenberger's motion to dismiss.

Based on the scope and nature of the litigation to date, both sides continue anticipate that briefing this motion will raise substantial and complex legal issues, and the proposed briefing schedule and will enable the parties a reasonable time to prepare briefs fully addressing those issues. Defendant's loss of its long-term and only associate during this period, and its partners' recent exposure to COVID, thankfully with no symptoms, but with the requirement to quarantine for at least ten (10) days, are reasons for the request.[1] This is the first time the Defendant, Kellenberger has asked for this extension.

Additionally, the revised proposed schedule will not delay the litigation, as Defendant Kellenberger's  by only adding 9 days to the schedule.

Accordingly, the parties respectfully request that the Court establish the following revised briefing schedule:

- For Defendant Kellenberger's motion to dismiss: due on or before January 22, 2021;

- For Plaintiffs' opposition: due on or before February 26, 2021; and

- For Defendant Kellenberger's reply: due on or before March 19, 2021.

For these reasons, the parties jointly and respectfully request that the Court enter the attached proposed order.

January 11, 2021                                    Respectfully submitted,

*Counsel for Plaintiffs*
/s/Christopher A. Zampogna
Christopher A. Zampogna
DC Bar No.449851
Zampogna, P.C.
1776 K St NW Ste 700

---

[1] Associate Attorney Michael Ludwig informed the office of Defendants' Counsel of his departure on Friday, January 8, 2021.

Washington, DC 20006
202-223-6635
caz@zampognalaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. DONALD J. TRUMP, et al. *Defendants*. | No. 1:20-cv-01469-DLF |

**[PROPOSED] ORDER**

Upon consideration of Defendant Kellenberger's Unopposed Motion to Modify Briefing Schedules and Extend the Time to File Briefs with Respect to Defendant Kellenberger's Motion to Dismiss.

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the following briefing schedule is entered

(1) Defendant Kellenberger's motion to dismiss: due on or before January 22, 2021;

(2) Plaintiffs' opposition: due on or before February 26, 2021; and

(3) Defendant Kellenberger's reply: due on or before March 19, 2021.

**SO ORDERED.**

Date: _____          _____
                               The Honorable Dabney L. Friedrich
                               United States District Judge