UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br><br> DONALD J. TRUMP, *et al.*, <br> *Defendants*. | Case No. 1:20-cv-01469-DLF |

**JOINT MOTION FOR EXTENDED BRIEFING SCHEDULE ON MOTION TO DISMISS BY INDIVIDUAL FEDERAL DEFENDANTS COX, DANIELS, FELICIANO, HENDRICKSON, JARMUZEWSKI, MCDONALD, SEIBERLING, AND SINACORE**

Plaintiffs Black Lives Matter D.C., Toni Sanders, J.N.C., Kishon McDonald, Garrett Bond, Keara Scallan, Lia Poteet, Dustin Foley, and E.X.F. ("plaintiffs"), and Defendants Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore, as sued in their individual capacity ("individual federal defendants") (collectively with plaintiffs, "the parties"), respectfully move this Court to establish the extended briefing schedule set forth below for the above-named individual federal defendants' motion to dismiss the complaint, which would extend the time for the motion, the opposition, and the reply.

On December 21, 2020, the parties jointly moved this Court for a briefing schedule, whereby the individual federal defendants would file their joint motion to dismiss on or before January 29, 2021, plaintiffs would file their opposition on or before March 5, 2021, and the individual federal defendants would file their reply on or before April 2, 2021. See ECF No. 130. The parties also moved for extended page limits for their respective filings. See ECF No. 130.

On December 26, 2021, this Court granted the parties' motion in part and set a briefing schedule whereby the individual federal defendants' motion to dismiss would be due on or

1

before January 22, 2021, plaintiffs' opposition would be due on or before February 19, 2021, and the individual federal defendants' reply would be due on or before March 12, 2021. This Court also granted the parties' requested page limit extensions.

On January 20, 2021, due to the change in administration, there was new leadership at the Department of Justice.  The above-named individual federal defendants request additional time so that new Department of Justice officials have sufficient time to become familiar with the issues in this case. Plaintiffs seek a corresponding extension of time to file their opposition papers, and hence the individual federal defendants also seek an extension of time to file their reply.

Accordingly, the parties seek a twenty-five (25) day extension of the current briefing deadlines and ask the Court to order an extended briefing schedule as follows:

(1)   Motion to Dismiss for the individual federal defendants due **February 16, 2021**;

(2)   Opposition to Motion to Dismiss due **March 16, 2021**; and

(3)   Reply due **April 6, 2021**.

The parties jointly and respectfully request that the Court enter the attached proposed order.

Dated:  January 21, 2021

                                                  Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Acting Assistant Attorney General
                                                  Civil Division

                                                  C. SALVATORE D'ALESSIO, JR.
                                                  Acting Director, Torts Branch

                                                  */s/* John B. F. Martin
                                                  JOHN B. F. MARTIN

NY Bar No. 4682928, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

*Counsel for Officers Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore in their individual capacities*

*/s/* Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

NY Bar No. 4682928, under LCvR 83.2
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov

*Counsel for Officers Sean Cox, Jonathan Daniels, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, and Lawrence Sinacore in their individual capacities*

*/s/* Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW
Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Tristin Brown (D.C. Bar No. 1671642)
Dennis Corkery (D.C. Bar No. 1016991)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
tristin_brown@washlaw.org
dennis_corkery@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Jon Greenbaum (D.C. Bar No. 489887)
Arthur Ago (D.C. Bar No. 463681)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
Noah Baron (D.C. Bar No. 1048319)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
aago@lawyerscommittee.org
dspence@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Thomas D. McSorley (D.C. Bar No. 1001890)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com
David.Kouba@arnoldporter.com
Tom.McSorley@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br>     *Plaintiffs*, <br> v. <br><br><br> DONALD J. TRUMP, *et al.*, <br>     *Defendants*. | Case No. 1:20-cv-01469-DLF |

### [Proposed] ORDER

Upon consideration of the Joint Motion For Extended Briefing Schedule On Motion to Dismiss by Individual Federal Defendants Cox, Daniels, Feliciano, Hendrickson, Jarmuzewski, McDonald, Seiberling, and Sinacore, and the entire record, it is hereby

**ORDERED**, that the Motion is **GRANTED**;

**ORDERED**, that the briefing schedule—but not the page limit extensions—entered as to Individual Federal Defendants Cox, Daniels, Feliciano, Hendrickson, Jarmuzewski, McDonald, Seiberling, and Sinacore in the December 26, 2020 minute order is hereby **VACATED**; and it is further

**ORDERED**, that the following briefing schedule is entered:

(1)     Motion to Dismiss for Defendants Cox, Daniels, Feliciano, Hendrickson, Jarmuzewski, McDonald, Seiberling, and Sinacore due February 16, 2021;

(2)     Opposition to Motion to Dismiss due March 16, 2021; and

(3)     Reply due April 6, 2021.

It is so **ORDERED**.

Date: _____

                                                                     The Honorable Dabney L. Friedrich
                                                                     United States District Judge