## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 1:20-cv-01469-DLF |
| : | |
| DONALD J. TRUMP, *et al.* : | |
| : | |
| Defendants. : | |

## SERGEANT THOMAS LOCASCIO'S
## MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant Thomas LoCascio, through counsel HANNON LAW GROUP, LLP, and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Local Civil Rule 7(a), and the Court's January 8, 2021 minute order, respectfully submits this motion to dismiss all claims against him in the plaintiffs' third amended complaint. As explained in the accompanying memorandum, the plaintiffs lack standing to sue Sgt. LoCascio and fail to state a claim for relief. Sgt. LoCascio is also immune from liability under the doctrine of qualified immunity.

Dated: January 26, 2021                             Respectfully submitted,

                                                    HANNON LAW GROUP, LLP


                                                    _____
                                                    Daniel S. Crowley, Bar No. #989874
                                                    333 8th Street NE
                                                    Washington, DC 20002
                                                    Tel: (202) 232-1907
                                                    Fax: (202) 232-3704
                                                    dcrowley@hannonlawgroup.com

                                                    *Attorney for Defendant Thomas LoCascio*