UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

    *Plaintiffs,*

v.

JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,

    *Defendants*.

Civil Action No. 20-1469 (DLF)

**NOTICE REGARDING PRELIMINARY SETTLEMENT DISCUSSIONS**

Plaintiffs and the Official-Capacity Federal Defendants ("the parties"), by and through their undersigned counsel, respectfully submit notice to the Court that preliminary settlement discussions have occurred in this matter. The parties intend to continue these discussions and will promptly notify the Court if they are able to resolve any of the disputed issues in this litigation.

Dated: June 16, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for the United States*

| | |
|---|---|
| Jon Greenbaum (D.C. Bar No. 489887)<br>Arthur Ago (D.C. Bar No. 463681)<br>David Brody (D.C. Bar No. 1021476)<br>Arusha Gordon (D.C. Bar No. 1035129)<br>Noah Baron (D.C. Bar No. 1048319)<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005<br>(202) 662-8600<br>jgreenbaum@lawyerscommittee.org | /s/ *Scott Michelman*<br>Scott Michelman (D.C. Bar No. 1006945)<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Michael Perloff (D.C. Bar No. 1601047)<br>Megan Yan[*] (D.C. Bar No. 1735334)<br>American Civil Liberties Union Foundation<br>   of the District of Columbia<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>(202) 457-0800<br>smichelman@acludc.org |
| John A. Freedman (D.C. Bar No. 453075)<br>David E. Kouba (D.C. Bar No. 483145)<br>Thomas D. McSorley (D.C. Bar No. 1001890)<br>Sonia Tabriz (D.C. Bar No. 1025020)<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000<br>John.Freedman@arnoldporter.com | Kaitlin Banner (D.C. Bar No. 1000436)<br>Tristin Brown (D.C. Bar No. 1671642)<br>Dennis Corkery (D.C. Bar No. 1016991)<br>Jonathan Smith (D.C. Bar No. 396578)<br>Washington Lawyers' Committee for Civil<br>   Rights and Urban Affairs<br>700 14th Street, NW, Suite 400<br>Washington, D.C. 20005<br>(202) 319-1000<br>kaitlin_banner@washlaw.org<br><br>*Counsel for Plaintiffs* |

---

[*] In accordance with D.D.C. Local Civil Rule 83.2(g), this attorney certifies that she is a member in good standing of the D.C. Bar, is providing representation without compensation, and is personally familiar with the Local Rules of this Court.