# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br>     *Plaintiffs*, <br> v. <br> DONALD J. TRUMP, *et al.*, <br>     *Defendants*. | No. 20-cv-1469 (DLF) |
| RADIYA BUCHANAN, *et al.*, <br>     *Plaintiffs*, <br> v. <br> DONALD J. TRUMP, *et al.*, <br>     *Defendants*. | No. 20-cv-1542 (DLF) |
| ISABELLA KAVANAGH, <br>     *Plaintiff*, <br> v. <br> DONALD J. TRUMP, *et al.*, <br>     *Defendants*. | No. 20-cv-2163 (DLF) |
| RYAN ROTH, <br>     *Plaintiff*, <br> v. <br> DONALD J. TRUMP, *et al.*, <br>     *Defendants*. | No. 20-cv-1622 (DLF) |

## ORDER

Upon consideration of the fifteen motions to dismiss in these four related cases:

### In *Black Lives Matter v. Trump*, 20-cv-1469, it is:

**ORDERED** that the individual-capacity federal defendants' Motion to Dismiss, Dkt. 76, is **GRANTED**. It is further

**ORDERED** that the official-capacity federal defendants' Motion to Dismiss, Dkt. 79, is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that the District of Columbia defendants' Motion to Dismiss, Dkt. 80, is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that the Virginia defendants' Motion to Dismiss, Dkt. 83, is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that Major Adamchik's Motion to Dismiss, Dkt. 97, is **GRANTED**. It is further

**ORDERED** that Officer Kellenberger's Motion to Dismiss, Dkt. 142, is **GRANTED**. It is further

**ORDERED** that Sergeant LoCascio's Motion to Dismiss, Dkt. 143, is **GRANTED**. It is further

**ORDERED** that the Federal Line-Level defendants' Motion to Dismiss, Dkt. 146, is **GRANTED**. It is further

**ORDERED** that, consistent with the Court's Minute Order of September 3, 2020, the Court will defer ruling on the Black Lives Matter plaintiffs' stayed motion for class certification at this time. The opposing parties shall file any response to the pending motion on or before July 21, 2021.

**In *Buchanan v. Trump*, 20-cv-1542, it is:**

**ORDERED** that the individual-capacity federal defendants' Motion to Dismiss, Dkt. 34, is **GRANTED**.  It is further

**ORDERED** that the official-capacity federal defendants' Motion to Dismiss, Dkt. 35, is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the Virginia defendants' Motion to Dismiss, Dkt. 36, is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the District of Columbia defendants' Motion to Dismiss, Dkt. 54, is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that Defendants Adamchik, Fennelly, and Seiberling's Motion to Dismiss, Dkt. 59, is **GRANTED**.

**In *Roth v. Trump*, 20-cv-1622 and *Kavanagh v. Trump*, 20-cv-2163 (consolidated), it is:**

**ORDERED** that Attorney General Barr's individual Motion to Dismiss, Dkt. 20, is **GRANTED**.  It is further

**ORDERED** that the official-capacity federal defendants' Motion to Dismiss, Dkt. 21, is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the two motions filed in *Kavanagh v. Trump* before the case was consolidated, Dkt. 21; Dkt. 22, are **DENIED AS MOOT**.

_____
DABNEY L. FRIEDRICH
United States District Judge

June 21, 2021