UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-1469 (DLF) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
AND TO HOLD CLASS ACTION BRIEFING IN ABEYANCE**

The Official-Capacity Federal Defendants and the District of Columbia Defendants ("Defendants"), by and through their undersigned counsel, respectfully move the Court for a 30-day extension of time, i.e., from July 6, 2021, until August 5, 2021, to submit their respective answers to Plaintiffs' Complaint. Defendants also respectfully request that the Court hold their responses to Plaintiffs' motion for class action certification (ECF No. 47) in abeyance while the Parties confer regarding further proceedings. This is the Official-Capacity Federal Defendants' third request for an extension of time in this matter. *See* ECF Nos. 23, 49. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with counsel for Plaintiffs and Plaintiffs have graciously consented to the requested relief.

Good cause exists for granting this motion. On June 21, 2021, the Court granted in part and denied in part Defendants' motion to dismiss. *See* Order (ECF No. 159) at 2. As a result, the remaining claims in this action pertain to Plaintiffs' claim under 42 U.S.C. § 1983 against District of Columbia officials and Plaintiffs' claim challenging certain restrictions on access to Lafayette

Square against federal officials.  *See* Mem. Op. (ECF No. 160) at 50-51.  Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' answers to Plaintiffs' Complaint are due by July 6, 2021.  In addition, Defendants' responses to Plaintiffs' motion for class certification are due by July 21, 2021.  *See* Jun. 21, 2021, Order at 2.

As the Official-Capacity Defendants and Plaintiffs have previously notified the Court, the Parties have engaged in preliminary settlement discussions in this matter.  *See* Jun. 16, 2021, Notice (ECF No. 158).  Those discussions have also included the District of Columbia Defendants.  Therefore, the additional requested time is necessary to permit Defendants to focus their limited resources on their discussions with Plaintiffs to explore an amicable resolution of this matter, potentially without the need for further judicial involvement.  The additional time is also necessary to respond to the allegations contained in Plaintiffs' Complaint, which requires a substantial amount of coordination among various agencies and officials.  As noted, Plaintiffs have consented to the additional time.  Further, the Parties agree that class certification proceedings should be held in abeyance while the Parties continue their settlement discussions and to allow the Parties to confer about Plaintiffs' motion, which was filed prior to the Court's ruling and assumes the existence of claims that have been dismissed.

In consideration of the above, Defendants respectfully request the Court to extend their deadline to respond to Plaintiffs' Complaint until August 5, 2021, and hold class certification proceedings in abeyance while the Parties confer regarding further proceedings.

A proposed order is attached.

Dated: July 2, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for the United States*

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Brendan Heath*
DUANE BLACKMAN[*]
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512;
(202) 442-9880
Fax: (202) 703-0646
duane.blackman@dc.gov; richard.sobiecki@dc.gov;
brendan.heath@dc.gov

*Counsel for the District of Columbia Defendants*

---

[*]   Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C., *et al.*,

*Plaintiffs,*

v.

JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,

*Defendants.*

Civil Action No. 20-1469 (DLF)

# [PROPOSED] ORDER

Upon consideration of the District of Columbia and Federal Defendants' consent motion for an extension of time to respond to the Complaint, the motion is hereby **GRANTED**. All Defendants' responses to Plaintiffs' Complaint are due by August 5, 2021. It is further **ORDERED** that Plaintiffs' motion for class certification is held in abeyance until further order from the Court.

**SO ORDERED.**

_____                     _____
Date                                                          Dabney L. Friedrich
                                                                    United States District Judge