UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C.,, et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

    *Defendants*.

No. 1:20-cv-01469-DLF

### [PROPOSED] ORDER

Upon consideration of Plaintiffs and Defendants' (collectively, the "Parties") Joint Motion to Stay, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that:

1. The Court stays this action, including staying all pretrial deadlines, for 60 days following entry of this Order.

2. After this stay expires, the Parties shall file a joint status report as to how they recommend the Court proceed.

It is so **ORDERED.**

Dated:_____

_____
The Honorable Dabney L. Friedrich
United States District Court Judge