# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case Number: 20-cv-1469 (DLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court and all parties of record: Please take notice that Thomas McSorley withdraws his appearance as counsel for Plaintiffs. As of midnight on February 2, 2022, Mr. McSorley will no longer be employed with Arnold & Porter Kaye Scholer LLP. Counsel from the Lawyers' Committee for Civil Rights Under Law, the American Civil Liberties Union Foundation of the District of Columbia, Washington Lawyers' Committee for Civil Rights and Urban Affairs, and Arnold & Porter Kaye Scholer LLP will continue to represent Plaintiffs in this matter.

Dated: February 1, 2022

Respectfully submitted,

*/s/ Thomas McSorley*
Thomas McSorley (D.D.C. Bar No. 1001890)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:  +1 202.942.5000
Fax:  +1 202.942.5999

US 171311584v1

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

> */s/ Thomas McSorley*
> Thomas McSorley (D.D.C. Bar No. 1001890)
> ARNOLD & PORTER
>     KAYE SCHOLER LLP
> 601 Massachusetts Ave., NW
> Washington, DC  20001-3743
> Telephone:  +1 202.942.5000
> Fax:  +1 202.942.5999

US 171311584v1