UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>    *Defendants*. | No. 1:20-cv-01469-DLF |

**STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this case, Plaintiffs and the United States (meaning the federal Defendants named in the Complaint in their official capacities: the President of the United States, Attorney General of the United States, Secretary of Defense, Chief of the U.S. Park Police, Director of the U.S. Secret Service, Commanding General of the D.C. National Guard, and Director of the Federal Bureau of Prisons), through undersigned counsel, hereby stipulate to the dismissal of all claims for equitable relief against the United States, with prejudice, under Rule 41(a)(1)(A)(ii), with each party bearing its own fees and costs.

Dated:    April 13, 2022          Respectfully submitted,

                                              */s/ Scott Michelman*
                                              Scott Michelman (D.C. Bar No. 1006945)
                                              Arthur B. Spitzer (D.C. Bar No. 235960)
                                              Michael Perloff (D.C. Bar No. 1601047)
                                              American Civil Liberties Union Foundation
                                                 of the District of Columbia
                                              915 15th Street NW, Second Floor
                                              Washington, D.C. 0005
                                              (202) 601-4267
                                              smichelman@acludc.org

                                              Jon Greenbaum (D.C. Bar No. 489887)
                                              Arthur Ago (D.C. Bar No. 463681)
                                              David Brody (D.C. Bar No. 1021476)

Arusha Gordon (D.C. Bar No. 1035129)
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org

Kaitlin Banner (D.C. Bar No. 1000436)
Dennis Corkery (D.C. Bar No. 1016991)
Jonathan Smith (D.C. Bar No. 396578)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for the United States*