UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER D.C. *et al.*,

      *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

      *Defendants.*

No. 20-cv-1469 (DLF)

## PARTIAL FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion, Dkt. 160, and the Order, Dkt. 185, and in accordance with the Order, Dkt. 159, it is hereby

**ORDERED** that **FINAL JUDGMENT** of dismissal is **ENTERED** in favor of defendants William P. Barr, Mark Adamchick, Jonathan Daniels, Sean Cox, Luis Feliciano, Jeffrey Hendrickson, Nicholas Jarmuzewski, Bryan McDonald, Cara Seiberling, Lawrence Sinacore, Thomas LoCasico, and Sean Kellenberger against the plaintiffs as to Counts 1 and 2 of the plaintiffs' Third Amended Complaint, Dkt. 52.

    **SO ORDERED**.

May 16, 2021

DABNEY L. FRIEDRICH
United States District Judge