UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants*. | Case No. 1:20-cv-01469-DLF |

[PROPOSED] **ORDER**

Upon consideration of PLAINTIFFS' MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT, it is hereby ORDERED that the motion is GRANTED, and the Clerk of Court is directed to docket the proposed amended complaint, attached to Plaintiffs' motion at ECF _____, as Plaintiffs' Fourth Amended Complaint.

Date: _____                    _____

                                        Dabney L. Friedrich
                                        United States District Judge