UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK LIVES MATTER, D.C., *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants.*

No. 20-cv-1469 (DLF)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Leave to Amend is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the plaintiffs may file a Fourth Amended Complaint including:

- The plaintiffs' new factual allegations, including allegations as to the identity of the defendants previously sued as John Doe defendants. *See, e.g.*, Fourth Amend. Class Action Compl. (Redline Copy) ¶¶ 1–201, Dkt. 191-2.

- The plaintiffs' proposed damages claims against the United States under the Federal Tort Claims Act ("FTCA"). *Id.* ¶¶ 209–18.

- Black Lives Matter D.C.'s claims against defendants Barr, Adamchick, Seiberling, LoCascio, Jarmuzewski, Hendrickson, Cox, McDonald, Sinacore, Daniels, Feliciano, and Kellenberger under the D.C. First Amendment Assemblies Act and under D.C. law for negligence *per se*. *Id.* ¶¶ 231–52.

It is further

2

**ORDERED** that the Fourth Amended Complaint may not include plaintiffs Sanders, J.N.C., McDonald, Bond, Scallan, Poteet, Foley, and E.X.F.'s proposed claims against defendants Barr, Adamchick, Seiberling, LoCascio, Jarmuzewski, Hendrickson, Cox, McDonald, Sinacore, Daniels, Feliciano, and Kellenberger for violations of the D.C. First Amendment Assemblies Act and for assault and battery under D.C. law. *Id.* ¶¶ 219–52. It is further

**ORDERED** that the plaintiffs shall file their Fourth Amended Complaint within thirty (30) days of this order.

**SO ORDERED.**

March 13, 2024

DABNEY L. FRIEDRICH
United States District Judge