IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>WILLIAM P. BARR, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-01469 (DLF)<br><br>(consolidated with: No. 1:20-cv-1542-DLF) |

**ERRATA**

Plaintiff Black Lives Matter D.C. ("BLMDC"), by and through its attorneys, submits this Errata to correct the signature block on its Fourth Amended Class Action Complaint (ECF 213) (the "Fourth Amended Complaint") filed with this Court on April 12, 2024. Attached please find the Fourth Amended Complaint with the corrected signature block.

    Respectfully submitted,

    */s/ David Brody*
    David Brody (D.C. Bar No. 1021476)
    LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
    1500 K Street NW Suite 900
    Washington, D.C. 20005
    (202) 662-8315
    dbrody@lawyerscommittee.org

    Scott Michelman (D.C. Bar No. 1006945)
    Arthur B. Spitzer (D.C. Bar No. 235960)
    Michael Perloff (D.C. Bar No. 1601047)
    Joy Holden (D.C. Bar No. 90021283)
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
    OF THE DISTRICT OF COLUMBIA
    529 14th Street NW, Suite 722
    Washington, D.C. 20045
    (202) 457-0800
    smichelman@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Dennis Corkery (D.C. Bar No. 1016991)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 13, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ David Brody
David Brody (D.C. Bar No. 1021476)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8315
dbrody@lawyerscommittee.org

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
Joy Holden (D.C. Bar No. 90021283)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
smichelman@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Dennis Corkery (D.C. Bar No. 1016991)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.

Washington, D.C. 20004
(202) 942-5000
John.Freedman@arnoldporter.com