UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., *et al.*, <br><br>   Plaintiffs, <br><br>   v. <br><br> WILLIAM P. BARR, *et al.*, <br><br>   Defendants. | Case No. 20-01469 (DLF) |

NOTICE OF APPEARANCE

Undersigned counsel, Philip D. MacWilliams, hereby enters his appearance on behalf of Defendant, the United States of America, as counsel of record in this action.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

Kirsten L. Wilkerson
Director, Torts Branch

s/ Philip D. MacWilliams
Senior Trial Counsel
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Washington, D.C. 20044-0888
phil.macwilliams@usdoj.gov
Tel.: (202) 616-4285
Counsel for United States of America

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2025, the foregoing was electronically filed with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to:

Scott Michelman
Arthur B. Spitzer
Michael Perloff
Joy Holden
AMERICAN CIVIL LIBERTIES UNION

Kaitlin Banner
Dennis Corkery
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

David Brody
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
John A. Freedman
David E. Kouba
Sonia Tabriz
ARNOLD & PORTER KAYE SCHOLER LLP
Attorneys for Plaintiffs

              s/ Philip D. MacWilliams
              Senior Trial Counsel
              Counsel for the United States