IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | Case No. 20-cv-1469-DLF<br>(Lead Action)<br><br>Case No. 20-cv-1542-DLF<br><br>**WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Orin Snyder of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance in the above-captioned case on behalf of Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field. Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Plaintiffs in this action.

Dated:  New York, New York
         February 25, 2025

By:   */s/ Orin Snyder*

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
OSnyder@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field*