**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BLACK LIVES MATTER D.C., et al.,

*Plaintiffs*,

v.

WILLIAM P. BARR, et al.

*Defendants*.

No. 1:20-cv-01469-DLF

**WITHDRAWAL OF APPEARANCE**

To the Clerk of Court and all parties of record: Please take notice that Sonia Tabriz of Arnold & Porter Kaye Scholer LLP hereby withdraws her appearance as counsel on behalf of Plaintiffs. Counsel from the Lawyers' Committee for Civil Rights Under Law, the American Civil Liberties Union Foundation of the District of Columbia, Washington Lawyers' Committee for Civil Rights and Urban Affairs, and Arnold & Porter Kaye Scholer LLP will continue to represent Plaintiffs in this action.

Dated: September 19, 2025

Respectfully submitted,

/s/ *Sonia Tabriz*
Sonia Tabriz (D.C. Bar No. 1025020)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20004
Tel: 202.942.5000
sonia.tabriz@arnoldporter.com