**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br>*Plaintiffs*,<br>v.<br>WILLIAM P. BARR, et al.<br>*Defendants*. | No. 1:20-cv-01469-DLF |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

Dated: September 22, 2025

Respectfully submitted,

/s/ *Mindy Gorin*
Mindy Gorin (N.Y. Bar No. 5827233)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Tel: 212.836.8000
Mindy.Gorin@arnoldporter.com