AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Black Lives Matter D.C., et al.
*Plaintiff*
v.
Trump, et al.
*Defendant*

Case No. 1:20-cv-01469-DLF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 07/21/2026

/s/ Jeffrey Blumberg
*Attorney's signature*

Jeffrey Blumberg, DC Bar No. 432928
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW - Suite 900
Washington, DC 20005
*Address*

jblumberg@lawyerscommittee.org
*E-mail address*

(202) 662-8326
*Telephone number*

(202) 783-0857
*FAX number*