**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BLACK LIVES MATTER D.C., et al.,

*Plaintiffs*,

v.

UNITED STATES OF AMERICA, et al.,

*Defendants*.

**No. 1:20-cv-01469-DLF (LEAD)**

**No. 1:20-cv-01542-DLF**

**STIPULATIONS**

In the above-captioned action, and pursuant to Civil Rule 16.6 of the Rules of the United States District Court for the District of Columbia, Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field, Keara Scallan, Lia Poteet, Dustin Foley, Eden X. Foley, and Defendant United States of America stipulate as follows:

1. The United States stipulates and agrees that it will call in its case-in-chief as fact witnesses Major (Ret.) Mark Adamchik, United States Park Police, Captain Daniel Bahamonde, United States Park Police, and Plaintiffs (adverse, per Fed. R. Evid. 611).
2. The United States reserves its right to call in its case-in-chief at trial any officers deposed by Plaintiffs in this litigation (whether federal or Metropolitan Police Department or Arlington County).
3. Paragraphs 1 and 2 do not preclude the United States from calling at trial, or otherwise relying upon, other witnesses solely for impeachment. Fed. R. Civ. P. 23(a)(3).
4. Paragraphs 1 and 2 do not prejudice or impair the United States ability to designate, rely upon, or call retained expert witnesses.

5. If the United States later relies in its case-in-chief on testimony from any fact witness other than those identified in Paragraphs 1 and 2, (and subject to the provisions of Paragraphs 3 and 4) including in connection with summary judgment or other dispositive motions, pretrial proceedings, trial, post-trial proceedings, appellate proceedings, or any remand proceedings, the United States agrees to jointly move the Court to reopen discovery to permit deposition of (and, if appropriate, requests for production attendant to a deposition notice) the additional fact witness(es), as applicable, including by taking or reopening depositions, seeking related document discovery, and conducting any other discovery reasonably necessary to address the issue. The United States further agrees to facilitate any such reopening of discovery, including, if applicable, by seeking a remand from appellate proceedings.

6. The United States agrees that it will not oppose any such request to reopen discovery on the ground that discovery has closed, that Plaintiffs previously declined to pursue discovery directed to such additional fact witness(es) or that Plaintiffs should have pursued such discovery earlier.

Dated: August 25, 2026

Respectfully submitted,

[*Remainder of page intentionally left blank*]

*/s/ Lee R. Crain*
Lee R. Crain (*pro hac vice*)
Nadia Alhadi (*pro hac vice*)
Amanda LeSavage (D.C. Bar No. 1708824)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New NY 10166-0193
Tel: 212.351.4000
LCrain@gibsondunn.com
NAlhadi@gibsondunn.com
ALeSavage@gibsondunn.com

Anna McKenzie (D.C. Bar No. 1017845)
Amalia Reiss (D.C. Bar No. 241775)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: 202.955.8500
AMcKenzie@gibsondunn.com
GBWilliams@gibsondunn.com
AReiss@gibsondunn.com

Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213.229.7000
KMarquart@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field*

*/s/ Scott Michelman*

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUND. OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202.601.4267
smichelman@acludc.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20004
Tel: 202.942.5000
John.Freedman@arnoldporter.com

*Counsel for Plaintiffs in Black Lives Matter D.C.*

*/s/ Stephen R. Terrell*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PHILIP D. MACWILLIAMS
Director, Torts Branch

STEPHEN R. TERRELL (CA Bar No. 210004)
GESSESSE TEFERI (MD Bar No. 0012130332)
SARAH E. KLEIN (FL Bar No. 119533)
Attorneys, Torts Branch
United States Department of Justice
P.O. Box 888
Washington, DC 20044
Tel: (202) 353-1651
Fax: (202) 616-5200
Email: Stephen.Terrell2@usdoj.gov

*Attorneys for the United States*