**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BLACK LIVES MATTER D.C., et al.,

*Plaintiffs*,

v.

UNITED STATES, et al.

*Defendants*.

No. 1:20-cv-01469-DLF

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs. My admission ceremony was earlier today.

*/s/ Kara Ramsey*
Kara Ramsey (D.C. Bar No. 1671035)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20004
Tel. (202) 942-5000
Kara.Ramsey@arnoldporter.com

Dated: September 2, 2026