AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Black Lives Matter D.C., et al.,<br>*Plaintiff*<br>v.<br>United States of America, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:20-cv-01469-DLF |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 09/22/2026

/s/ Laura K. Follansbee
*Attorney's signature*

Laura K. Follansbee, D.C. Bar No. 1782046
*Printed name and bar number*

American Civil Liberties Union Foundation of D.C.
529 14th St NW, Ste. 420
Washington, D.C. 20045
*Address*

lfollansbee@acludc.org
*E-mail address*

(202) 457-0800
*Telephone number*

*FAX number*