**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al.,<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>*Defendants*. | **No. 1:20-cv-01469-DLF (Lead)**<br>**No. 1:20-cv-01542**<br>**Judge Dabney L. Friedrich** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALON H. SUGARMAN**

Amanda LeSavage of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(c), for entry of an order permitting Alon H. Sugarman to appear pro hac vice before this Court in the above-captioned matter as an additional counsel of record for Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field. In support of this motion, the Movant attaches the Declaration of Alon H. Sugarman as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Mr. Sugarman *pro hac vice* in the above-captioned case. A proposed order is attached.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Amanda LeSavage*
Amanda LeSavage (D.C. Bar No. 1708824)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel: 212.351.5380
ALeSavage@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field*